AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Maria Koutny

**SUMMONS IN A CIVIL CASE**

V.

Carla J. Martin

CASE NUMBER  1:06CV00598

CAS  JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 03/31/2006

TO: (Name and address of Defendant)

Carla J. Martin
4000 Tunlaw Road, NW
Apt. 710
Washington, DC  20007-4847

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary Schiavo
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR 3 1 2006

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4/12/06 @ 12:09 pm |
| NAME OF SERVER (PRINT)    Lorenzo Kenerson | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the defendant. Place where served:    4000 Tunlaw Road NW # 710

_Washington, DC 20007_

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:    _____

G   Returned unexecuted:    _____

G   Other (specify):    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/14/06
Date                Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
*Address of Server*

* Documents include Plaintiff's First Request for Production of Documents

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.