UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:06 CV 00598-RWR ) |
| CARLA J. MARTIN, Individually, | ) ) |
| Defendant | ) ) |

## EXHIBIT A

### AFFIDAVIT OF LEANN LESTER

I hereby certify that the attached is only a small sampling compiled via a "Google" internet search, of the media coverage concerning defendant Martin's actions and related accusations such as witness tampering and other such misbehavior, and her subsequent leave from government.

_____
LeAnn C. Lester

Subscribed and sworn to
before me on this the 22nd day of
May, 2006.

_____
Notary Public, SC State-at-Large
My Commission Expires May 15, 2010



Web   Images   Groups   News   Froogle   Maps   more »

Carla Martin - attorney    [Search]   Advanced Search
Preferences

**Web**                                                                 Results **1 - 10** of about **892,000**

CNN.com - Who is **Carla Martin** and why is she in trouble? - Mar 17 ...
Until Monday, **Carla** Jean **Martin** was a mid-career **attorney** working in relative obscurity at
the Transportation Security Administration.
www.cnn.com/2006/LAW/03/16/**carla.martin**/ - 49k - Cached - Similar pages

> CNN.com - Lawyer in Moussaoui case put on leave - Mar 16, 2006
> **Martin's attorney** says client 'viciously vilified' ... vert.**martin**.depart.jpg. Government lawyer
> **Carla Martin** leaves court Tuesday. ...
> www.cnn.com/2006/LAW/03/16/moussaoui.trial/ - 50k - Cached - Similar pages
> [ More results from www.cnn.com ]

**Attorney** Describes 9/11 Lawyer as 'Vilified'
11, 2001, conspirator, her **attorney** said yesterday in his first public comments. **Carla** J.
**Martin**, who brought the sentencing hearing to a halt after she ...
www.washingtonpost.com/wp-dyn/ content/article/2006/03/15/AR2006031502656.html -
Similar pages

News Hounds: FOX Analyst: TSA Lawyer **Carla Martin** May Have Coached ...
st-patricks-day-1.gif **Carla Martin**, the TSA **attorney** at the center of a controversy involving
the Moussaoui trial, may have even more to worry about than ...
www.newshounds.us/2006/03/17/fox_analyst_tsa_
lawyer_**carla_martin**_may_have_coached_witnesses_in_moussaoui_... - 24k - May 21, 2006
- Cached - Similar pages

> **Carla Martin**: Judge Cancels Monday Appearance - TalkLeft: The ...
> Her **attorney**, Roscoe C. Howard Jr., has said **Martin** is assembling a defense ... **Carla**
> **Martin** when she was a Special Assistant United States **Attorney** in the ...
> talkleft.com/new_archives/014375.html - 34k - Cached - Similar pages
> [ More results from talkleft.com ]

**Carla Martin** - Wikipedia, the free encyclopedia
**Carla** Jean **Martin** (born circa 1955) is an American lawyer. She was working for the
Transportation Security Administration (TSA) during the Zacarias ...
en.wikipedia.org/wiki/Carla_Martin - 13k - Cached - Similar pages

More Republicans for sale -- GOP TSA **attorney** (**Carla Martin**) who ...
Subject:, More Republicans for sale -- GOP TSA **attorney** (**Carla Martin**) who coached
witnesses in Moussaoui case was helping defend airlines against 9/11 ...
www.vegsource.com/talk/pub/messages/5310.html - 34k - Cached - Similar pages

Tamper-proof. By David Feige
All this stems from the revelation that **Carla** J. **Martin**—an **attorney** with the Transportation
Security Administration—did three main things regarding seven ...
slate.msn.com/id/2138162/ - 35k - May 20, 2006 - Cached - Similar pages

ABC News: 'Rush to Judgment': Gov't Lawyer in Moussaoui Case Defended
**Carla Martin's Attorney** Speaks to ABC News in First Network Interview ... March 16, 2006
— US government **attorney Carla Martin** has been at the center of a ...
abcnews.go.com/US/LegalCenter/ story?id=1734911&page=1 - Similar pages

The Legal Reader: Who Is **Carla Martin** and Why Is She In Trouble?
**Carla Martin**. Lawyer excoriated by both sides after Moussaoui trial blunder. Until Monday, **Martin**, 51, was a mid-career **attorney** working in relative ...
www.legalreader.com/archives/003162.html - 17k - Cached - Similar pages

The Airport Lawyer: Terrorism & Security
Judge Brinkema decided not to delay her ruling, in light of **Carla Martin's attorney's** statement that his client would be unavailable to testify today or ...
airportlaw.typepad.com/the_airport_lawyer/ terrorism_security/index.html - 32k -
Cached - Similar pages

> The Airport Lawyer: Ethics & PR
> So **Carla Martin**, the TSA **attorney** at the heart of the Moussaoui witness fiasco, has been placed on paid administrative leave. This is not surprising. ...
> airportlaw.typepad.com/the_ airport_lawyer/ethics_pr/index.html - 32k -
> Cached - Similar pages

Lawyer Thrust Into Spotlight After Misstep in Terror Case - New ...
**Carla J. Martin**, an obscure Transportation Security Administration official, has undercut the effort to execute Zacarias Moussaoui.
www.nytimes.com/2006/03/15/national/15lawyer. html?ex=1300078800&en=ed1f0aa9b6f014e0&ei=5088&p... - Similar pages

Law Blog » **Carla Martin** Takes Forced Leave; Judge Brinkema is a ...
**Carla Martin**, the government lawyer whose alleged improper coaching of witnesses and other actions have jeopardized the death penalty case against Zacarias ...
blogs.wsj.com/law/2006/03/17/ **carla-martin**-takes-forced-leave-judge-brinkema-is-a-soprano/
- 53k - Cached - Similar pages

> Law Blog » Breaking Down **Carla Martin** (Larry King Appearance To ...
> **Carla Martin**, the TSA lawyer who single-handedly may have torpedoed the Zacarias Moussaoui by tampering with upcoming witnesses, has been placed on leave by ...
> blogs.wsj.com/law/2006/03/16/ **carla-martin**-broken-down-larry-king-appearance-sure-to-come/ - 50k - Cached - Similar pages

CLE - Communities For Lawyer Ethics (LawyerEthics.org): **Carla J ...**
**Carla J. Martin** thrust into spotlight after misstep in terror case ... WASHINGTON In a city of lawyers, **Carla J. Martin** has become the most talked-about ...
www.lawyerethics.org/mt/archives/001381.html - 19k - Cached - Similar pages

Online NewsHour: The Sentencing of Zacarias Moussaoui Resumes ...
So far, **Carla Martin's attorney** said she will not be testifying; that could change. RAY SUAREZ: Laura Sullivan, thanks a lot for joining us. ...
www.pbs.org/newshour/bb/terrorism/ jan-june06/moussaoui_3-20.html - 23k -
Cached - Similar pages

AP Wire | 03/17/2006 | Lawyers: Coaching was to aid 9/11 airlines
... and forwarded it to **Carla J. Martin**, a Transportation Security Administration lawyer, ... **Martin's attorney**, former federal prosecutor Roscoe C. Howard, ...
www.miami.com/mld/miamiherald/14116728.htm - 27k - May 21, 2006 -
Cached - Similar pages

**Carla Martin**: Information From Answers.com
**Carla Martin** This article documents a current event . Information may change rapidly as the event progresses.
www.answers.com/topic/**carla-martin** - 27k - Cached - Similar pages

TIME.com: What's Really Wrong With The Moussaoui Case -- Page 1
Prosecutors are blaming **Carla Martin** for witness tampering, ... **Martin's attorney**, Roscoe C. Howard Jr., released a statement Thursday claiming his client, ...
www.time.com/time/nation/article/0,8599,1174270,00.html - Similar pages

Hearsay.com » **Carla Martin**
Transportation Safety Administration ALEXANDRIA, Virginia – The decision by Transportation Security Administration **attorney, Carla J. Martin**, ...
www.hearsay.com/wp-archives/ category/people/**carla-martin**/ - 117k -
Cached - Similar pages

My Way News
(AP) **Carla J. Martin** of the Transportation Security Administration, leaves federal court ... **Martin's attorney**, former federal prosecutor Roscoe C. Howard, ...
apnews.myway.com/article/20060317/D8GDJUS86.html - 21k - Cached - Similar pages

Federal 9/11 Lawyer Under Investigation
The US **attorney's** office in Philadelphia is investigating government lawyer **Carla J. Martin**, who nearly single-handedly derailed the death penalty trial of ...
www.washingtonpost.com/wp-dyn/ content/article/2006/03/29/AR2006032902381.html -
Similar pages

Big Lizards:Blog:Entry "Moussaoui Case - Shocking Allegation"
So allegedly, the airline lawyers contacted **Carla Martin** of the TSA and told her ... Through her **attorney, Martin** denies the allegation; but she has not yet ...
biglizards.net/blog/archives/ 2006/03/moussaoui_case.html - 62k - Cached - Similar pages

Ethics Newsline from the Institute for Global Ethics
Judge Brinkema said that **Carla Martin** apparently violated legal ethics and could face criminal charges, according to ABC News. **Martin's attorney**, Roscoe ...
www.globalethics.org/newsline/ members/issue.tmpl?articleid=03200620080973 - 15k -
Cached - Similar pages

FOXNews.com - Moussaoui Coaching Lawyer Put on Leave - US & World
The TSA lawyer, **Carla Martin**, violated federal witness rules when she sent ... **Martin's attorney**, Roscoe Howard, did not immediately return calls seeking ...
www.foxnews.com/story/0,2933,188096,00.html - 24k - Cached - Similar pages

USATODAY.com - Lawyer in Moussaoui case put on leave
**Carla Martin**, 51, was placed on leave by the TSA after being cited this week ... **Martin's attorney**, Roscoe Howard Jr., said his client will be paid while on ...
www.usatoday.com/news/washington/ 2006-03-16-moussaoui-**martin**_x.htm - 49k -
Cached - Similar pages

   USATODAY.com - Defense urges Moussaoui judge to hold firm
   **Carla Martin** of the Transportation Security Administration, leaves federal ... **Martin** invoked her right to an **attorney** and declined to testify at a special ...
   www.usatoday.com/news/nation/ 2006-03-16-moussaoui-lawyer_x.htm - 51k -
   Cached - Similar pages
   [ More results from www.usatoday.com ]

SCOTUSblog: Judge eases Moussaoui evidence ban
The defense urged the trial judge to hold an evidentiary hearing on Monday, to p question that **attorney** -- **Carla Martin**. The defense took that step after ...
www.scotusblog.com/movabletype/ archives/2006/03/judge_eases_mou.html - 24k -
Cached - Similar pages

THE NEWS BLOG
Ellis, it appears, sent the transcripts to **Carla Martin** at 12:26 pm. At 3:06 pm on March 7, **Carla Martin** sent the transcripts to Lynne Osmus and Claudio ...
stevegilliard.blogspot.com/2006/03/it-was-airlines.html - 51k - Cached - Similar pages

FindLaw USv Zacarias Moussaoui :: Judge Brinkema's Order quashing ...
Order Quashing a Subpoena of TSA **Attorney Carla Martin** and That Exhibits In Evidence Be Made Publicly Available USv Zacarias Moussaoui March 24, 2006 ...
news.findlaw.com/usatoday/ docs/moussaoui/32406subpexord.html - 45k -
Cached - Similar pages

ABC News: Who Is the **Attorney** Behind Moussaoui Case?
She also expressed her doubts about Transportation Security Administration **attorney Carla J. Martin**, saying that **Martin** told one witness sought by defense ...
abcnews.go.com/US/LegalCenter/ story?id=1724957&page=1 - Similar pages

The Seattle Times: Nation & World: Lawyer accused, suggests she ...
WASHINGTON — **Attorney Carla Martin** suggested Thursday that she did not act alone in allegedly tampering with government witnesses in the sentencing trial of ...
seattletimes.nwsource.com/ html/nationworld/2002870458_mouss17.html - 30k -
Cached - Similar pages

Amateur Hour - CBS News
... **Carla Martin**, an **attorney** for the Transportation Safety Administration, ... Indeed, either way now, thanks to **Carla Martin**, the trial now is ruined. ...
www.cbsnews.com/stories/2006/ 03/13/opinion/courtwatch/main1397691.shtml - 69k -
Cached - Similar pages

Moussaoui Death Penalty Case - Was it Sabotaged? - Wizbang
Allegations are being made that attorneys representing airlines being sued by 9/11 victims' families prompted **Carla Martin**, TSA **attorney**, ...
wizbangblog.com/2006/03/17/ moussaoui-death-penalty-case-was-it-sabotaged.php - 68k -
Cached - Similar pages

NPR : Government Given Until Monday to Rebuild Moussaoui ...
One witness after another took the stand and acknowledged they had been coached by TSA Lawyer **Carla Martin**. Then, defense **attorney** stumbled onto another ...
www.npr.org/templates/story/story.php?storyId=5280941 - Similar pages

New York Daily News - World & National Report - Lawyer who bungled ...
"**Carla Martin**," he replied. "I wouldn't trust anything **Martin** had anything to do with at this point," Brinkema said later. A defense lawyer joked during a ...
www.nydailynews.com/news/ wn_report/story/399788p-338758c.html - 40k -
Cached - Similar pages

United Press International - Security & Terrorism - Sept. 11 cases ...
**Carla Martin**, a lawyer with the Transportation Security Administration, ... Ellis had in turn received it from Christopher Christensen, an **attorney** ...
www.upi.com/inc/view.php?StoryID=20060319-095018-3215r - 20k - Cached - Similar pages

Judge accepts compromise deal on Moussaoui
In this artist's rendering, US District Judge Leonie Brinkema listens to testimony from **attorney Carla Martin**, regarding the coaching of witnesses, ...
www.chinadaily.com.cn/english/ doc/2006-03-18/content_544177.htm - 29k -
Cached - Similar pages

COURT TV ONLINE - Moussaoui Terror Trial
All we know is they found out late Friday afternoon that the **attorney, Carla Martin**, had sent the transcript to one potential witness. ...
www.courttv.com/talk/chat_transcripts/ 2006/0313moussaoui-guthrie.html - 21k -
Cached - Similar pages

IN TROUBLE OVER SEQUESTER BREAK
Clearly, **Carla J. Martin** is the most infamous lawyer in the United States today. ... Elizabeth Alston, a Mandeville, La., **attorney** and member of the ABA's ...
www.abanet.org/journal/ereport/m24terror.html - 20k - Cached - Similar pages

US Lawyer in Terror Case Is Put on Leave - New York Times
**Carla J. Martin's** improper coaching of witnesses has jeopardized the death ... The actions of the lawyer, **Carla J. Martin** may have wrecked the Justice ...
www.nytimes.com/2006/03/17/national/17moussaoui.html?
ex=1300251600&en=fa7ff3d752834c60&ei=5088&am... - Similar pages

Margie Burns :: **Carla J. Martin** has experience on confidentiality ...
**Carla J. Martin**, who disseminated information on previous testimony to witnesses in the ... Defense counsel explained that Dr. Kalantar and his **attorney** are ...
www.margieburns.com/blog/ _archives/2006/3/15/1822429.html - 23k - Cached - Similar pages

Lawyer in Moussaoui Case Placed on Leave
WASHINGTON -- A former flight attendant who finished law school at 36, **Carla Martin** seemed to be at a pinnacle of success when it all came crashing down ...
www.newsmax.com/archives/ articles/2006/3/16/170048.shtml - 35k - May 20, 2006 -
Cached - Similar pages

:: Aero-News Network: The Aviation and Aerospace World's Daily ...
Exasperated by mounting government missteps -- the latest of which involving an email from federal **attorney Carla Martin** that made the rounds this weekend ...
www.aero-news.net/Community/ DiscussTopic.cfm?TopicID=2901&Refresh=1 - 20k -
Cached - Similar pages

Cutting apart airline defense -- Newsday.com
Within hours, that lawyer sent them to **Carla Martin**, a Transportation Security Administration **attorney** who had worked on the civil case and was now working ...
www.newsday.com/mynews/ ny-usmous194668117mar19,0,6254477.story - 63k -
Cached - Similar pages

Bloomberg.com: Bloomberg Columnists
Alas, **Carla Martin**, 51, a lawyer with the Transportation Security ... **Carla Martin** is said to be devastated over what her conduct has done to the case, ...
www.bloomberg.com/apps/news?pid=10000039&
sid=aLbMZzD33fT8&refer=columnist_woolner - 43k - Cached - Similar pages

BBC NEWS | Americas | Lawyer in 9/11 case put on leave
**Carla Martin**, US government lawyer. Ms **Martin** has been "viciously ... **Carla Martin** is accused of damaging the trial of the only person charged in the US in ...
news.bbc.co.uk/2/hi/americas/4815996.stm - 36k - Cached - Similar pages

FOXNews.com - Moussaoui Judge May Reconsider Death Penalty - US ...
Late in the afternoon on Friday, March 10, 2006, we learned that **Carla Martin**, an **attorney** for the Transportation Safety Administration, provided a copy of ...
www.foxnews.com/story/0,2933,187622,00.html - 32k - Cached - Similar pages

commercialappeal.com - Memphis, TN: America At War
Specifically, lawyer **Carla Martin** of the Transportation Security Administration sent the Federal Aviation Admininstration officials a transcript of the ...
www.commercialappeal.com/mca/america_at_war/ article/0,1426,MCA_945_4539190,00.html
- 27k - Cached - Similar pages

911 Bush knew, NewsFollowUp,TransparencyPlanet, promote open biz/govt
WASHINGTON (CNN) -- Until Monday, **Carla** Jean **Martin** was a mid-career **attorney** working in relative obscurity at the Transportation Security Administration. ...
www.newsfollowup.com/911_Bush_knew.htm - 39k - Cached - Similar pages

Feds Swimming Upriver On Moussaoui - CBS News
(CBS) **Attorney** Andrew Cohen analyzes legal issues for CBS News and CBSNews.com. ...
all of whom (and another) received e-mails last week from **Carla Martin**, ...
www.cbsnews.com/stories/2006/ 03/15/opinion/courtwatch/main1404511.shtml - 68k -
Cached - Similar pages

blogs for industry: ...blogs for the dead
Who is **Carla Martin**? posted 03/14/2006 11:32 pm by Jim Hu ... ABC News tells us more about the **attorney** whose screwup in the Zacharias Moussaoui sentencing ...
dimer.tamu.edu/simplog/ archive.php?blogid=3&pid=3380 - 9k - Cached - Similar pages

Lawyer who upset Moussaoui trial put on leave - 17 Mar 2006 ...
... said **Carla Martin**, 51, was placed on paid administrative leave on Wednesday. ... **Martin's** lawyer, former US **Attorney** Roscoe Howard, issued a statement ...
www.nzherald.co.nz/section/ story.cfm?c_id=2&objectid=10373128 - 51k -
Cached - Similar pages

Washington Week . Transcripts . March 17, 2006 | PBS
You recall that this week a judge - actually an **attorney** with the ... THOMAS: **Carla Martin**. And the judge actually struck seven witnesses from the case. ...
www.pbs.org/weta/washingtonweek/ transcripts/transcript060317.html - 33k -
Cached - Similar pages

TSA **Attorney** Could Cost Terrorism Trial! :: Screeners Central ...
Government officials identified the **attorney** as **Carla Martin**. Brinkema wanted to hear
Tuesday from the seven and from the **attorney** who contacted them to ...
www.tsa-screeners.com/start/ banners.php?op=click&bid=71 - 40k - Cached - Similar pages

OrderInTheCourt
After days of being maligned for alleged misconduct in the Zacarias Moussaoui death penalty
case, embattled TSA **attorney Carla Martin** has issued this ...
blogs.abcnews.com/orderinthecourt/ 2006/03/accused_governm.html - 21k -
Cached - Similar pages

NPR : Prosecutors Ask for Second Chance at Moussaoui Trial
SULLIVAN: The lawyer is TSA **attorney Carla Martin**. **Martin** had been acting as a liaison
between the prosecutors and the witnesses. ...
www.npr.org/templates/story/story.php?storyId=5283224 - Similar pages
[ More results from www.npr.org ]

Big Lizards:Blog:Entry "Salvaging Death From Life"
The fault here lies not with the Judge but with **Carla Martin**, her supervisors, and perhaps with
the AUSA's for not perceiving **Martin's** potential as a loose ...
biglizards.net/blog/archives/ 2006/03/salvaging_death.html - 61k - Cached - Similar pages

Patterico's Pontifications » Terrorism
Every American should be furious at **Carla Martin**, the government lawyer who has ... The
government notified the court Monday that **Carla Martin**, a senior TSA ...
patterico.com/category/terrorism/ - 80k - May 20, 2006 - Cached - Similar pages

Airline lawyers in Moussaoui mess -- Newsday.com
The airlines contacted Transportation Security Administration lawyer **Carla Martin**, whose
subsequent witness coaching led the judge in the Moussaoui case to ...
www.newsday.com/mynews/ ny-usmous174665334mar17,0,3436423.story - 56k -
Cached - Similar pages
[ More results from www.newsday.com ]

CANOE -- CNEWS - World - War On Terrorism:US **attorney** in ...
US **attorney** in Philadelphia investigating Moussaoui lawyer ... The criminal investigation of
**Carla Martin**, a lawyer with the federal Transportation Security ...
cnews.canoe.ca/CNEWS/World/ WarOnTerrorism/2006/03/30/1512689-ap.html -
Similar pages

VOA News - 9/11 Death Penalty Case in Jeopardy
**Carla Martin** leaves federal court in Alexandria, Virginia, March 14, 2006. The lawyer in
question, **Carla Martin**, works for the Transportation Security ...
voanews.com/english/2006-03-16-voa48.cfm - 35k - Cached - Similar pages

Witness tampering alleged in Moussaoui case - CourtTV.com - Trials
... forwarded a transcript from the first day of the Moussaoui trial to **Carla J. Martin**, ...
Contacted after midnight, **Martin's attorney**, Roscoe Howard, ...
www.courttv.com/trials/moussaoui/031706_ap.html - 21k - Cached - Similar pages
[ More results from www.courttv.com ]

KTVB.COM | Boise Idaho News, Weather, Sports & Traffic | Nation/World
On Thursday, **Martin**, 51, was placed on paid administrative leave from her job as a
Transportation Security Administration **attorney**, where she earned about ...
www.ktvb.com/sharedcontent/nationworld/
washington/031606cckrNatmoussaoui.304aa259.html - 31k - Cached - Similar pages

- 7 -

WBNS-10TV Columbus, Ohio: Judge cancels appearance for government ...
... appearance Monday for Transportation Security Administration lawyer **Carla Martin**. A lawyer familiar with the case says **Martin's** legal advisers have been ...
www.wbns10tv.com/Global/story.asp?S=4680652 - 93k - Cached - Similar pages

Moussaoui Death Penalty Trial Resumes | Sweetness & Light
There's no word yet on when the court might hear from **Carla Martin**, a government ... But her **attorney**, Roscoe Howard, has asked the court for more time. ...
www.sweetness-light.com/archive/ moussaoui-death-penalty-trial-resumes/ - 31k - Cached - Similar pages

Judge Halts Moussaoui Terror Trial - Los Angeles Times
The government notified the court Monday that **Carla Martin**, a senior TSA lawyer, had done just that by sending copies of court transcripts — as well as ...
www.latimes.com/news/nationworld/politics/ la-na-moussa14mar14,1,4586718.story?coll=la-news-politics-national - Similar pages

Prosecution to proceed with alternate witnesses in Moussaoui trial ...
The connection to the **Carla Martin** involvement in the case was discovered ... Defense **attorney** Edward B. MacMahon said that Moussaoui "aspires to martyrdom ...
en.wikinews.org/wiki/Prosecution_to_ proceed_with_alternate_witnesses_in_Moussaoui_trial - 24k - Cached - Similar pages

EMM News Explorer
WASHINGTON (CNN) -- Until Monday, **Carla** Jean **Martin**, 51, was a mid-career **attorney** working in relative obscurity at the Transportation Safety Administration ...
press.jrc.it/NewsExplorer/clusteredition/ en/20060316,cnn-1422e0ff70c8311390decb57473c3f33.html - Similar pages

The Massachusetts 9/11 Fund, Inc.| Moussaoui Sentencing Trial
**Carla Martin**, a lawyer for the Transportation Security Administration, ... "But I wouldn't trust any part **Carla Martin** had anything to do with. ...
www.massfund.org/errors.html - 7k - Cached - Similar pages

TIME Magazine Archive Article -- A Legal Loose Cannon -- Mar. 27, 2006
The roots of the bungle seem to come down to this: **Carla Martin**, ... In his opening statement, Assistant US **Attorney** Robert Spencer argued that if Moussaoui ...
jcgi.pathfinder.com/time/ archive/preview/0,10987,1174712,00.html - Similar pages

KTVB.COM | Boise Idaho News, Weather, Sports & Traffic | Nation/World
... of the Moussaoui trial to Transportation Security Administration lawyer **Carla** J. **Martin**. ... Contacted after midnight, **Martin's attorney**, Roscoe Howard, ...
www.ktvb.com/sharedcontent/nationworld/ washington/031606cckrNatmoussaoui.31bd6293.html - 32k - Cached - Similar pages

JURIST - Paper Chase: TSA lawyer in Moussaoui case placed on leave ...
[JURIST] **Carla Martin**, the Transportation Security Administration [official website] lawyer who improperly coached witnesses [JURIST report] against ...
jurist.law.pitt.edu/paperchase/ 2006/03/tsa-lawyer-in-moussaoui-case-placed-on.php - 21k - Cached - Similar pages

Elevated Voices - Moussaoui Trial Denver Connections
The antics of government aviation **attorney Carla** J. **Martin** are beyond the pale. In reading the actual e-mails **Martin** sent to Moussaoui trial witnesses that ...
www.5280.com/blog/?p=1678 - 27k - Cached - Similar pages

Moussaoui judge agrees to admit key evidence - 03/18/06 - The ...
... lawyer **Carla** J. **Martin**, who coached witnesses and lied to the defense. ... **Martin's attorney**, Roscoe Howard, acknowledged Friday she spoke with an ...
www.detnews.com/apps/pbcs.dll/ article?AID=/20060318/NATION/603180442/1020 - 33k -
Cached - Similar pages

nbc4.com - News - Government Can Seek Death Penalty Against Moussaoui
The **attorney** who prompted Tuesday's hearing without the jury present, **Carla** J. **Martin** of the Transportation Security Administration also was summoned. ...
www.nbc4.com/news/7960042/detail.html - 40k - Cached - Similar pages

Plastic: How Do You Solve A Problem Like Moussaoui?
The prosecutors note that the **attorney** in question was not one of theirs. ... The actions of **Carla Martin**, the "miscreant" lawyer who tainted government ...
www.plastic.com/comments. html;sid=06/03/15/12543965;cid=4 - 53k -
Cached - Similar pages

Zacarias Moussaoui,
**Carla Martin**, - **Carla Martin**, **attorney** at the Transportation Security Administration, jeopardized the government's ... Coleen Rowley, - Coleen Rowley, ...
www.infoplease.com/ipa/A0931199.html - 17k - Cached - Similar pages

Feds' blunder may save Moussaui - AM New York
... that Transportation Security Administration lawyer **Carla Martin** had e-mailed ... "We cannot control the actions of an **attorney** from the FAA," prosecutor ...
www.amny.com/news/local/groundzero/ ny-usmous0314,0,293488.story?coll=am-wtc-headlines - 41k - Cached - Similar pages

Moussaoui Death Penalty Case May Be Tossed
The TSA lawyer, **Carla Martin**, and most of the seven witnesses — past or present ...
**Attorney** General Alberto Gonzales declined comment on the developments. ...
www.newsmax.com/archives/ articles/2006/3/13/211238.shtml - 37k - May 20, 2006 -
Cached - Similar pages
[ More results from www.newsmax.com ]

War On Terrorism
The TSA lawyer, **Carla Martin**, and most of the seven witnesses— past or present ...
**Attorney** General Alberto Gonzales declined comment on the developments. ...
investment.suite101.com/discussion.cfm/152/latest/6 - 45k - Cached - Similar pages

Moussaoui Trial Derails
Due to an "egregious violation" on the part of TSA **attorney Carla Martin**, US District Judge Leonie M. Brinkema suspended the sentencing hearing of Zacarias ...
uspolitics.about.com/b/a/207643.htm - 31k - May 20, 2006 - Cached - Similar pages

TimesDispatch.com | Moussaoui trial jeopardized
... Transportation Security Administration lawyer **Carla Martin** have been tainted. ... Assistant US **Attorney** David J. Novak conceded that what **Martin** did was ...
www.timesdispatch.com/.../MGArticle/ RTD_BasicArticle&c=MGArticle&cid=1137834699464 -
65k - Cached - Similar pages

Government misconduct derails Moussaoui death penalty case
The **attorney, Carla Martin**, was reported to Novak by one of the witnesses, Lynne Osmus, the FAA's assistant administrator for security and hazardous ...
www.wsws.org/articles/2006/mar2006/mous-m16.shtml - 21k - Cached - Similar pages

Federal Witnesses Banned in 9/11 Trial
... hearing in Alexandria that centered on the conduct of **Carla** J. **Martin**, 51, ... Her **attorney**, Roscoe C. Howard Jr., later told the judge that **Martin** ...
www.truthout.org/docs_2006/031506M.shtml - 21k - Cached - Similar pages

Bloomberg.com: Top Worldwide
Prosecutors said they learned March 10 that **Carla Martin**, a lawyer for the ... Later, Brinkema said the government lawyer's **attorney** contacted the judge and ...
www.bloomberg.com/apps/news?pid=10000087&sid=aEfucC5b34gQ&refer=top_world_news - 40k - Cached - Similar pages
[ More results from www.bloomberg.com ]

Judge's ruling hurts capital case against Moussaoui
The official at the center of the furor is **Carla Martin**, a senior Transportation Security Administration **attorney**. At a hearing before the judge Tuesday, ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2006/03/15/MNG4QHOCCB1.DTL - 24k - Cached - Similar pages

Wired News
The TSA lawyer, **Carla Martin**, and most of the seven witnesses _ past or present ... **Attorney** General Alberto Gonzales declined comment on the developments. ...
wireservice.wired.com/wired/story.asp?section=Breaking&storyId=1172242 - 23k - Cached - Similar pages

RealClearPolitics - Articles - The Moussaoui Prosecutors Did ...
**Carla** J. **Martin** draws a paycheck from the US government. That makes her a government lawyer. ... Ms. Burlingame, a former **attorney**, is the sister of Capt. ...
www.realclearpolitics.com/articles/2006/03/the_moussaoui_prosecutors_did.html - 25k - May 20, 2006 - Cached - Similar pages

Lawyer Accused of Tainting Witnesses Declines to Testify ...
... to determine what steps to take after revelations that the **attorney**, **Carla Martin**, advised seven government witnesses over their forthcoming testimony. ...
www.freerepublic.com/focus/f-news/1596186/posts - 24k - Cached - Similar pages

Manimalia: **Carla Martin** Placed On Leave
**Carla Martin** Placed On Leave. Considering this is a death penalty case, ... [JURIST] **Carla Martin**, the Transportation Security Administration [official ...
www.manimalia.org/2006/03/**carla_martin**_placed_on_leave.html - 17k - Cached - Similar pages

'Weapons of Mass Destruction' Defined for Moussaoui Jury - Los ...
... was investigating the conduct of government lawyer **Carla** J. **Martin**. **Martin**, a senior **attorney** with the Transportation Security Administration, ...
www.latimes.com/news/nationworld/nation/la-na-moussa31mar31,1,7701363.story?coll=la-headlines-nation - Similar pages

- 10 -

The Standard - China's Business Newspaper
All week long, government lawyer **Carla Martin** badgered them. ... "I decided not to ... because I assumed since she was an **attorney** working on this case, ...
www.thestandard.com.hk/ news_detail.asp?
we_cat=9&art_id=14330&sid=7090798&con_type=1&d_str... - 35k - Cached - Similar pages

Fordham University School of Law
US District Judge Leonie M. Brinkema, clearly exasperated by the new problems in the oft-delayed case, called the conduct of **Carla J. Martin**, ...
law.fordham.edu/ihtml/ itndetails.ihtml?id=248&pad=pad - 14k - Cached - Similar pages

> Fordham University School of Law
> Prosecutor David Novak said the TSA lawyer, identified as **Carla Martin** in ... **Attorney** General Alberto Gonzales in Washington refused to comment on the ...
> law.fordham.edu/ihtml/ itndetails.ihtml?id=249&pad=pad - 12k - Cached - Similar pages

CNN.com - Transcripts
The **attorney** general was baffled. ALBERTO GONZALES, **ATTORNEY** GENERAL: You'll have to ask **Carla Martin** what motivated her. ROBERTS: Here's what we know. ...
transcripts.cnn.com/TRANSCRIPTS/0603/16/ltm.02.html - 40k - Cached - Similar pages

JURIST - Paper Chase: Thursday, March 23, 2006
[JURIST] Transportation Security Administration lawyer **Carla Martin** has been ... [JURIST] New York **Attorney** General Eliot Spitzer [official website] on ...
jurist.law.pitt.edu/paperchase/2006_03_23_indexarch.php - 102k - Cached - Similar pages

JURIST - Paper Chase: Thursday, March 23, 2006
[JURIST] Transportation Security Administration lawyer **Carla Martin** has been ... [JURIST] New York **Attorney** General Eliot Spitzer [official website] on ...
jurist.law.pitt.edu/paperchase/2006_03_23_indexarch.php - 102k - Cached - Similar pages

Moussaoui comes out fighting again
She strikes me as a forceful advocate for doing the right thing, having kicked FAA lawyer **Carla Martin** out of her courtroom for "egregious" jury tampering. ...
www.onlinejournal.com/artman/publish/article_796.shtml - 28k - May 20, 2006 - Cached - Similar pages

Common Ground Common Sense
But Judge Brinkema said that Ms. **Martin** was "an **attorney** for the United ... Earlier this week, after discovering that government lawyer **Carla Martin** had ...
www.commongroundcommonsense.org/forums/ index.php?
showtopic=50885&view=getnewpost - 186k - Cached - Similar pages

KSDK NewsChannel 5 - Judge In Moussaoui Case Imposes Sanctions ...
Hearing Delayed In Overland Dispute Over Police Chief And City **Attorney** ... Security Administration lawyer **Carla Martin** had violated trial rules. ...
www.ksdk.com/news/news_article.aspx?storyid=93743 - 37k - Cached - Similar pages

Government Case in Moussaoui Sentencing Trial Unravels
TSA lawyer, **Carla Martin**, and most of the seven witnesses — past or present employees of the Federal Aviation Administration who received e-mails from ...
www.atsnn.com/article/198783 - 22k - Cached - Similar pages

Moussaoui trial delayed over coaching witnesses | The San Diego ...
She said that the actions of the government lawyer, identified in court papers as Carla
Martin, would make it "very difficult for this case to go forward." ...
www.signonsandiego.com/uniontrib/ 20060314/news_1n14moussa.html - 22k -
Cached - Similar pages

Judge Calls Halt to Terror Trial
Carla J. Martin, a Transportation Security Administration lawyer, ... THE DETROIT
DEBACLE: In 2003, then-Attorney General John Ashcroft was threatened with ...
www.yuricareport.com/Law%20&%20Legal/ JudgeHaltsPenaltyPhaseTerrorTrial.html - 19k -
Cached - Similar pages

village voice > news > Mondo Washington by James Ridgeway
Carla Martin, a Transportation Security Administration attorney, coached aviation witnesses
with court testimony in such a way as to bolster the ...
www.villagevoice.com/news/0612,ridgeway,72589,2.html - 9k - Cached - Similar pages

Federal Witnesses Banned in 9/11 Trial
Carla J. Martin, the TSA lawyer at the heart of the controversy in the ... Her attorney,
Roscoe C. Howard Jr., later told the judge that Martin would not be ...
newsblaster.cs.columbia.edu/NBproxy.cgi?sentence=1687 - 66k - Cached - Similar pages

FBI agent testifies: Bureau resisted Moussaoui investigation ...
The death penalty trial was halted last week after an attorney for the prosecution informed the
court that Carla Martin, another government attorney who ...
www.wsws.org/articles/2006/mar2006/mous-m22.shtml - 19k - Cached - Similar pages

Jury finds Moussaoui eligible for execution - Americas ...
... reminded his American counterpart, Attorney General Alberto Gonzales, ... The lawyer,
Carla Martin, was told by the judge that she could face criminal ...
www.iht.com/articles/2006/04/03/news/trial.php - 35k - Cached - Similar pages

   Judge bars testimony in Sept. 11 terror trial - Americas ...
   Most of the problems that Brinkema cited involved the behavior of Carla Martin, a government
   transportation attorney who coached seven aviation officials on ...
   www.iht.com/articles/2006/03/14/news/trial.php - 33k - Cached - Similar pages

Concurring Opinions: Moussaoui and the Government Litigator
It appears that Carla Martin emailed witnesses a trial transcript. The protests from both the
"Weberian" prosecution and the "slick" defense team are not ...
www.concurringopinions.com/ archives/2006/03/moussaoui_and_t.html - 35k -
Cached - Similar pages

Montgomery County Family Law Lawyer :: News Article :: Washington ...
Contact Washington Divorce Attorney AP Pishevar ... WASHINGTON, March 14 — In a city
of lawyers, Carla J. Martin has become the most talked-about lawyer in ...
www.afshinpishevarlaw.com/lawyer-attorney-1106265.html - 12k - Cached - Similar pages