UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  )
                                )
MARIA KOUTNY,                   )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-598 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
STEPHEN K. HOLLAND,             )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-606 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
EILEEN BERTORELLI-ZANGRILLO,    )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-757 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
RUTH FALKENBERG,                )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-758 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
```

-2-

| | |
|---|---|
| _____ )<br>ELIZABETH GAIL HAYDEN,   )<br>                          )<br>      Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )<br>CARLA J. MARTIN,          )<br>                          )<br>      Defendant.         )<br>_____ )<br>MARY BAVIS,               )<br>                          )<br>      Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )<br>CARLA J. MARTIN,          )<br>                          )<br>      Defendant.         )<br>_____ )<br>MICHAEL KEATING,          )<br>                          )<br>      Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )<br>CARLA J. MARTIN,          )<br>                          )<br>      Defendant.         )<br>_____ )  | **Civil Action No. 06-811 (RWR)**<br><br><br><br><br><br>**Civil Action No. 06-812 (RWR)**<br><br><br><br><br><br>**Civil Action No. 06-813 (RWR)** |

**ORDER TO SHOW CAUSE**

It is hereby

ORDERED that plaintiffs shall show cause in writing by June 21, 2006, why the above-captioned cases should not be consolidated under Federal Rule of Civil Procedure 42(a).

-3-

SIGNED this 1st day of June, 2006.

                                                                                                               /s/

                                                RICHARD W. ROBERTS
                                                United States District Judge