UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY,<br>      Plaintiff,<br>vs.<br><br>CARLA J. MARTIN, Individually,<br>      Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:06 CV 598-RWR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CORRECTION**

Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1. The full residence address of the plaintiff is:

Maria Koutny
45 Washington St.
Unit 86
Methuen, MA 01844

                Respectfully Submitted,

                 /s/ Mary Schiavo
                Mary Schiavo
                DC Bar No. 440175
                Motley Rice, LLC
                28 Bridgeside Blvd.,
                P.O. Box 1792
                Mt. Pleasant, SC 29465
                (843) 216-9000