UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____  )
                                )
MARIA KOUTNY,                   )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-598 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
STEPHEN K. HOLLAND,             )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-606 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
EILEEN BERTORELLI-ZANGRILLO,    )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-757 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
                                )
RUTH FALKENBERG,                )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-758 (RWR)
                                )
CARLA J. MARTIN,                )
                                )
        Defendant.              )
_____  )
```

-2-

```
_____
                               )
ELIZABETH GAIL HAYDEN,         )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-811 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
                               )
MARY BAVIS,                    )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-812 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
                               )
MICHAEL KEATING,               )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-813 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
```

**ORDER**

With no responses to the show cause order of June 2, 2006, having been filed, it is hereby

ORDERED that the cases of <u>Holland v. Martin</u>, Civil Action No. 06-606; <u>Bertorelli-Zangrillo v. Martin</u>, Civil Action No. 06-

-3-

757; Falkenberg v. Martin, Civil Action No. 06-759; Hayden v. Martin, Civil Action No. 06-811; Bavis v. Martin, Civil Action No. 06-812; Keating v. Martin, Civil Action No. 06-813 are consolidated with Koutny v. Martin, Civil Action No. 06-598. It is further

    ORDERED that the Clerk's Office is directed to close Holland v. Martin, Civil Action No. 06-606; Bertorelli-Zangrillo v. Martin, Civil Action No. 06-757; Falkenberg v. Martin, Civil Action No. 06-759; Hayden v. Martin, Civil Action No. 06-811; Bavis v. Martin, Civil Action No. 06-812; Keating v. Martin, Civil Action No. 06-813.  It is further

    ORDERED that all filings with this Court shall henceforth be filed only under the case of Koutny v. Martin, Civil Action No. 06-598.

    SIGNED this 14th day of July, 2006.

```
                              /s/
                         RICHARD W. ROBERTS
                         United States District Judge
```