- 1 -

# EXHIBIT A



Web   Images   Groups   News   Froogle   Maps   more »

Carla Martin - attorney   [Search]   Advanced Search / Preferences

**Web**                                                            Results **1 - 10** of about **892,000**

**CNN.com - Who is Carla Martin and why is she in trouble? - Mar 17 ...**
Until Monday, **Carla** Jean **Martin** was a mid-career **attorney** working in relative obscurity at the Transportation Security Administration.
www.cnn.com/2006/LAW/03/16/**carla**.**martin**/ - 49k - Cached - Similar pages

   **CNN.com - Lawyer in Moussaoui case put on leave - Mar 16, 2006**
   **Martin's attorney** says client 'viciously vilified' ... vert.**martin**.depart.jpg. Government lawyer **Carla Martin** leaves court Tuesday. ...
   www.cnn.com/2006/LAW/03/16/moussaoui.trial/ - 50k - Cached - Similar pages
   [ More results from www.cnn.com ]

**Attorney Describes 9/11 Lawyer as 'Vilified'**
11, 2001, conspirator, her **attorney** said yesterday in his first public comments. **Carla** J. **Martin**, who brought the sentencing hearing to a halt after she ...
www.washingtonpost.com/wp-dyn/ content/article/2006/03/15/AR2006031502656.html - Similar pages

**News Hounds: FOX Analyst: TSA Lawyer Carla Martin May Have Coached ...**
st-patricks-day-1.gif **Carla Martin**, the TSA **attorney** at the center of a controversy involving the Moussaoui trial, may have even more to worry about than ...
www.newshounds.us/2006/03/17/fox_analyst_tsa_
lawyer_**carla**_**martin**_may_have_coached_witnesses_in_moussaoui_... - 24k - May 21, 2006
- Cached - Similar pages

   **Carla Martin: Judge Cancels Monday Appearance - TalkLeft: The ...**
   Her **attorney**, Roscoe C. Howard Jr., has said **Martin** is assembling a defense ... **Carla Martin** when she was a Special Assistant United States **Attorney** in the ...
   talkleft.com/new_archives/014375.html - 34k - Cached - Similar pages
   [ More results from talkleft.com ]

**Carla Martin - Wikipedia, the free encyclopedia**
**Carla** Jean **Martin** (born circa 1955) is an American lawyer. She was working for the Transportation Security Administration (TSA) during the Zacarias ...
en.wikipedia.org/wiki/Carla_Martin - 13k - Cached - Similar pages

**More Republicans for sale -- GOP TSA attorney (Carla Martin) who ...**
Subject:, More Republicans for sale -- GOP TSA **attorney** (**Carla Martin**) who coached witnesses in Moussaoui case was helping defend airlines against 9/11 ...
www.vegsource.com/talk/pub/messages/5310.html - 34k - Cached - Similar pages

**Tamper-proof. By David Feige**
All this stems from the revelation that **Carla** J. **Martin**—an **attorney** with the Transportation Security Administration—did three main things regarding seven ...
slate.msn.com/id/2138162/ - 35k - May 20, 2006 - Cached - Similar pages

ABC News: 'Rush to Judgment': Gov't Lawyer in Moussaoui Case Defended
**Carla Martin's Attorney** Speaks to ABC News in First Network Interview ... March 16, 2006
— US government **attorney Carla Martin** has been at the center of a ...
abcnews.go.com/US/LegalCenter/ story?id=1734911&page=1 - Similar pages

The Legal Reader: Who Is **Carla Martin** and Why Is She In Trouble?
**Carla Martin**. Lawyer excoriated by both sides after Moussaoui trial blunder. Until Monday,
**Martin**, 51, was a mid-career **attorney** working in relative ...
www.legalreader.com/archives/003162.html - 17k - Cached - Similar pages

The Airport Lawyer: Terrorism & Security
Judge Brinkema decided not to delay her ruling, in light of **Carla Martin's attorney's**
statement that his client would be unavailable to testify today or ...
airportlaw.typepad.com/the_airport_lawyer/ terrorism_security/index.html - 32k -
Cached - Similar pages

    The Airport Lawyer: Ethics & PR
    So **Carla Martin**, the TSA **attorney** at the heart of the Moussaoui witness fiasco, has been
    placed on paid administrative leave. This is not surprising. ...
    airportlaw.typepad.com/the_ airport_lawyer/ethics_pr/index.html - 32k -
    Cached - Similar pages

Lawyer Thrust Into Spotlight After Misstep in Terror Case - New ...
**Carla** J. **Martin**, an obscure Transportation Security Administration official, has undercut the
effort to execute Zacarias Moussaoui.
www.nytimes.com/2006/03/15/national/15lawyer. html?
ex=1300078800&en=ed1f0aa9b6f014e0&ei=5088&p... - Similar pages

Law Blog » **Carla Martin** Takes Forced Leave; Judge Brinkema is a ...
**Carla Martin**, the government lawyer whose alleged improper coaching of witnesses and
other actions have jeopardized the death penalty case against Zacarias ...
blogs.wsj.com/law/2006/03/17/ **carla-martin**-takes-forced-leave-judge-brinkema-is-a-soprano/
- 53k - Cached - Similar pages

    Law Blog » Breaking Down **Carla Martin** (Larry King Appearance To ...
    **Carla Martin**, the TSA lawyer who single-handedly may have torpedoed the Zacarias
    Moussaoui by tampering with upcoming witnesses, has been placed on leave by ...
    blogs.wsj.com/law/2006/03/16/ **carla-martin**-broken-down-larry-king-appearance-sure-to-
    come/ - 50k - Cached - Similar pages

CLE - Communities For Lawyer Ethics (LawyerEthics.org): **Carla** J ...
**Carla** J. **Martin** thrust into spotlight after misstep in terror case ... WASHINGTON In a city of
lawyers, **Carla** J. **Martin** has become the most talked-about ...
www.lawyerethics.org/mt/archives/001381.html - 19k - Cached - Similar pages

Online NewsHour: The Sentencing of Zacarias Moussaoui Resumes ...
So far, **Carla Martin's attorney** said she will not be testifying; that could change. RAY SUAREZ: Laura Sullivan, thanks a lot for joining us. **...**
www.pbs.org/newshour/bb/terrorism/ jan-june06/moussaoui_3-20.html - 23k -
Cached - Similar pages

AP Wire | 03/17/2006 | Lawyers: Coaching was to aid 9/11 airlines
**...** and forwarded it to **Carla** J. **Martin**, a Transportation Security Administration lawyer, **...** **Martin's attorney**, former federal prosecutor Roscoe C. Howard, **...**
www.miami.com/mld/miamiherald/14116728.htm - 27k - May 21, 2006 -
Cached - Similar pages

**Carla Martin**: Information From Answers.com
**Carla Martin** This article documents a current event . Information may change rapidly as the event progresses.
www.answers.com/topic/**carla-martin** - 27k - Cached - Similar pages

TIME.com: What's Really Wrong With The Moussaoui Case -- Page 1
Prosecutors are blaming **Carla Martin** for witness tampering, **...** **Martin's attorney**, Roscoe C. Howard Jr., released a statement Thursday claiming his client, **...**
www.time.com/time/nation/article/0,8599,1174270,00.html - Similar pages

Hearsay.com » **Carla Martin**
Transportation Safety Administration ALEXANDRIA, Virginia – The decision by Transportation Security Administration **attorney**, **Carla** J. **Martin**, **...**
www.hearsay.com/wp-archives/ category/people/**carla-martin**/ - 117k -
Cached - Similar pages

My Way News
(AP) **Carla** J. **Martin** of the Transportation Security Administration, leaves federal court **...** **Martin's attorney**, former federal prosecutor Roscoe C. Howard, **...**
apnews.myway.com/article/20060317/D8GDJUS86.html - 21k - Cached - Similar pages

Federal 9/11 Lawyer Under Investigation
The US **attorney's** office in Philadelphia is investigating government lawyer **Carla** J. **Martin**, who nearly single-handedly derailed the death penalty trial of **...**
www.washingtonpost.com/wp-dyn/ content/article/2006/03/29/AR2006032902381.html -
Similar pages

Big Lizards:Blog:Entry "Moussaoui Case - Shocking Allegation"
So allegedly, the airline lawyers contacted **Carla Martin** of the TSA and told her **...** Through her **attorney**, **Martin** denies the allegation; but she has not yet **...**
biglizards.net/blog/archives/ 2006/03/moussaoui_case.html - 62k - Cached - Similar pages

Ethics Newsline from the Institute for Global Ethics
Judge Brinkema said that **Carla Martin** apparently violated legal ethics and could face criminal charges, according to ABC News. **Martin's attorney**, Roscoe **...**
www.globalethics.org/newsline/ members/issue.tmpl?articleid=03200620080973 - 15k -
Cached - Similar pages

FOXNews.com - Moussaoui Coaching Lawyer Put on Leave - US & World
The TSA lawyer, **Carla Martin**, violated federal witness rules when she sent **...** **Martin's attorney**, Roscoe Howard, did not immediately return calls seeking **...**
www.foxnews.com/story/0,2933,188096,00.html - 24k - Cached - Similar pages

USATODAY.com - Lawyer in Moussaoui case put on leave
**Carla Martin**, 51, was placed on leave by the TSA after being cited this week ... **Martin's attorney**, Roscoe Howard Jr., said his client will be paid while on ...
www.usatoday.com/news/washington/ 2006-03-16-moussaoui-**martin**_x.htm - 49k -
Cached - Similar pages

USATODAY.com - Defense urges Moussaoui judge to hold firm
**Carla Martin** of the Transportation Security Administration, leaves federal ... **Martin** invoked her right to an **attorney** and declined to testify at a special ...
www.usatoday.com/news/nation/ 2006-03-16-moussaoui-lawyer_x.htm - 51k -
Cached - Similar pages
[ More results from www.usatoday.com ]

SCOTUSblog: Judge eases Moussaoui evidence ban
The defense urged the trial judge to hold an evidentiary hearing on Monday, to p question that **attorney** -- **Carla Martin**. The defense took that step after ...
www.scotusblog.com/movabletype/ archives/2006/03/judge_eases_mou.html - 24k -
Cached - Similar pages

THE NEWS BLOG
Ellis, it appears, sent the transcripts to **Carla Martin** at 12:26 pm. At 3:06 pm on March 7, **Carla Martin** sent the transcripts to Lynne Osmus and Claudio ...
stevegilliard.blogspot.com/2006/03/it-was-airlines.html - 51k - Cached - Similar pages

FindLaw USv Zacarias Moussaoui :: Judge Brinkema's Order quashing ...
Order Quashing a Subpoena of TSA **Attorney Carla Martin** and That Exhibits In Evidence Be Made Publicly Available USv Zacarias Moussaoui March 24, 2006 ...
news.findlaw.com/usatoday/ docs/moussaoui/32406subpexord.html - 45k -
Cached - Similar pages

ABC News: Who Is the **Attorney** Behind Moussaoui Case?
She also expressed her doubts about Transportation Security Administration **attorney Carla J. Martin**, saying that **Martin** told one witness sought by defense ...
abcnews.go.com/US/LegalCenter/ story?id=1724957&page=1 - Similar pages

The Seattle Times: Nation & World: Lawyer accused, suggests she ...
WASHINGTON — **Attorney Carla Martin** suggested Thursday that she did not act alone in allegedly tampering with government witnesses in the sentencing trial of ...
seattletimes.nwsource.com/ html/nationworld/2002870458_mouss17.html - 30k -
Cached - Similar pages

Amateur Hour - CBS News
... **Carla Martin**, an **attorney** for the Transportation Safety Administration, ... Indeed, either way now, thanks to **Carla Martin**, the trial now is ruined. ...
www.cbsnews.com/stories/2006/ 03/13/opinion/courtwatch/main1397691.shtml - 69k -
Cached - Similar pages

Moussaoui Death Penalty Case - Was it Sabotaged? - Wizbang
Allegations are being made that attorneys representing airlines being sued by 9/11 victims' families prompted **Carla Martin**, TSA **attorney**, ...
wizbangblog.com/2006/03/17/ moussaoui-death-penalty-case-was-it-sabotaged.php - 68k -
Cached - Similar pages

NPR : Government Given Until Monday to Rebuild Moussaoui ...
One witness after another took the stand and acknowledged they had been coached by TSA Lawyer **Carla Martin**. Then, defense **attorney** stumbled onto another ...
www.npr.org/templates/story/story.php?storyId=5280941 - Similar pages

New York Daily News - World & National Report - Lawyer who bungled ...
"**Carla Martin**," he replied. "I wouldn't trust anything **Martin** had anything to do with at this point," Brinkema said later. A defense lawyer joked during a ...
www.nydailynews.com/news/ wn_report/story/399788p-338758c.html - 40k -
Cached - Similar pages

United Press International - Security & Terrorism - Sept. 11 cases ...
**Carla Martin**, a lawyer with the Transportation Security Administration, ... Ellis had in turn received it from Christopher Christensen, an **attorney** ...
www.upi.com/inc/view.php?StoryID=20060319-095018-3215r - 20k - Cached - Similar pages

Judge accepts compromise deal on Moussaoui
In this artist's rendering, US District Judge Leonie Brinkema listens to testimony from **attorney Carla Martin**, regarding the coaching of witnesses, ...
www.chinadaily.com.cn/english/ doc/2006-03/18/content_544177.htm - 29k -
Cached - Similar pages

COURT TV ONLINE - Moussaoui Terror Trial
All we know is they found out late Friday afternoon that the **attorney**, **Carla Martin**, had sent the transcript to one potential witness. ...
www.courttv.com/talk/chat_transcripts/ 2006/0313moussaoui-guthrie.html - 21k -
Cached - Similar pages

IN TROUBLE OVER SEQUESTER BREAK
Clearly, **Carla** J. **Martin** is the most infamous lawyer in the United States today. ... Elizabeth Alston, a Mandeville, La., **attorney** and member of the ABA's ...
www.abanet.org/journal/ereport/m24terror.html - 20k - Cached - Similar pages

US Lawyer in Terror Case Is Put on Leave - New York Times
**Carla** J. **Martin's** improper coaching of witnesses has jeopardized the death ... The actions of the lawyer, **Carla** J. **Martin** may have wrecked the Justice ...
www.nytimes.com/2006/03/17/national/17moussaoui. html?ex=1300251600&en=fa7ff3d752834c60&ei=5088&am... - Similar pages

Margie Burns :: **Carla** J. **Martin** has experience on confidentiality ...
**Carla** J. **Martin**, who disseminated information on previous testimony to witnesses in the ... Defense counsel explained that Dr. Kalantar and his **attorney** are ...
www.margieburns.com/blog/ _archives/2006/3/15/1822429.html - 23k - Cached - Similar pages

Lawyer in Moussaoui Case Placed on Leave
WASHINGTON -- A former flight attendant who finished law school at 36, **Carla Martin** seemed to be at a pinnacle of success when it all came crashing down ...
www.newsmax.com/archives/ articles/2006/3/16/170048.shtml - 35k - May 20, 2006 -
Cached - Similar pages

:: Aero-News Network: The Aviation and Aerospace World's Daily ...
Exasperated by mounting government missteps -- the latest of which involving an email from federal **attorney Carla Martin** that made the rounds this weekend ...
www.aero-news.net/Community/ DiscussTopic.cfm?TopicID=2901&Refresh=1 - 20k -
Cached - Similar pages

Cutting apart airline defense -- Newsday.com
Within hours, that lawyer sent them to **Carla Martin**, a Transportation Security Administration **attorney** who had worked on the civil case and was now working ...
www.newsday.com/mynews/ ny-usmous194668117mar19,0,6254477.story - 63k -
Cached - Similar pages

Bloomberg.com: Bloomberg Columnists
Alas, **Carla Martin**, 51, a lawyer with the Transportation Security ... **Carla Martin** is said to be devastated over what her conduct has done to the case, ...
www.bloomberg.com/apps/news?pid=10000039&
sid=aLbMZzD33fT8&refer=columnist_woolner - 43k - Cached - Similar pages

BBC NEWS | Americas | Lawyer in 9/11 case put on leave
**Carla Martin**, US government lawyer. Ms **Martin** has been "viciously ... **Carla Martin** is accused of damaging the trial of the only person charged in the US in ...
news.bbc.co.uk/2/hi/americas/4815996.stm - 36k - Cached - Similar pages

FOXNews.com - Moussaoui Judge May Reconsider Death Penalty - US ...
Late in the afternoon on Friday, March 10, 2006, we learned that **Carla Martin**, an **attorney** for the Transportation Safety Administration, provided a copy of ...
www.foxnews.com/story/0,2933,187622,00.html - 32k - Cached - Similar pages

commercialappeal.com - Memphis, TN: America At War
Specifically, lawyer **Carla Martin** of the Transportation Security Administration sent the Federal Aviation Admininstration officials a transcript of the ...
www.commercialappeal.com/mca/america_at_war/ article/0,1426,MCA_945_4539190,00.html
- 27k - Cached - Similar pages

911 Bush knew, NewsFollowUp,TransparencyPlanet, promote open biz/govt
WASHINGTON (CNN) -- Until Monday, **Carla** Jean **Martin** was a mid-career **attorney** working in relative obscurity at the Transportation Security Administration. ...
www.newsfollowup.com/911_Bush_knew.htm - 39k - Cached - Similar pages

Feds Swimming Upriver On Moussaoui - CBS News
(CBS) **Attorney** Andrew Cohen analyzes legal issues for CBS News and CBSNews.com. ...
all of whom (and another) received e-mails last week from **Carla Martin**, ...
www.cbsnews.com/stories/2006/ 03/15/opinion/courtwatch/main1404511.shtml - 68k -
Cached - Similar pages

blogs for industry: ...blogs for the dead
Who is **Carla Martin**? posted 03/14/2006 11:32 pm by Jim Hu ... ABC News tells us more about the **attorney** whose screwup in the Zacharias Moussaoui sentencing ...
dimer.tamu.edu/simplog/ archive.php?blogid=3&pid=3380 - 9k - Cached - Similar pages

Lawyer who upset Moussaoui trial put on leave - 17 Mar 2006 ...
... said **Carla Martin**, 51, was placed on paid administrative leave on Wednesday. ... **Martin's** lawyer, former US **Attorney** Roscoe Howard, issued a statement ...
www.nzherald.co.nz/section/ story.cfm?c_id=2&objectid=10373128 - 51k -
Cached - Similar pages

Washington Week . Transcripts . March 17, 2006 | PBS
You recall that this week a judge - actually an **attorney** with the ... THOMAS: **Carla Martin**.
And the judge actually struck seven witnesses from the case. ...
www.pbs.org/weta/washingtonweek/ transcripts/transcript060317.html - 33k -
Cached - Similar pages

**TSA Attorney Could Cost Terrorism Trial! :: Screeners Central ...**
Government officials identified the **attorney** as **Carla Martin**. Brinkema wanted to hear Tuesday from the seven and from the **attorney** who contacted them to ...
www.tsa-screeners.com/start/ banners.php?op=click&bid=71 - 40k - Cached - Similar pages

**OrderInTheCourt**
After days of being maligned for alleged misconduct in the Zacarias Moussaoui death penalty case, embattled TSA **attorney Carla Martin** has issued this ...
blogs.abcnews.com/orderinthecourt/ 2006/03/accused_governm.html - 21k - Cached - Similar pages

**NPR : Prosecutors Ask for Second Chance at Moussaoui Trial**
SULLIVAN: The lawyer is TSA **attorney Carla Martin**. **Martin** had been acting as a liaison between the prosecutors and the witnesses. ...
www.npr.org/templates/story/story.php?storyId=5283224 - Similar pages
[ More results from www.npr.org ]

**Big Lizards:Blog:Entry "Salvaging Death From Life"**
The fault here lies not with the Judge but with **Carla Martin**, her supervisors, and perhaps with the AUSA's for not perceiving **Martin's** potential as a loose ...
biglizards.net/blog/archives/ 2006/03/salvaging_death.html - 61k - Cached - Similar pages

**Patterico's Pontifications » Terrorism**
Every American should be furious at **Carla Martin**, the government lawyer who has ... The government notified the court Monday that **Carla Martin**, a senior TSA ...
patterico.com/category/terrorism/ - 80k - May 20, 2006 - Cached - Similar pages

**Airline lawyers in Moussaoui mess -- Newsday.com**
The airlines contacted Transportation Security Administration lawyer **Carla Martin**, whose subsequent witness coaching led the judge in the Moussaoui case to ...
www.newsday.com/mynews/ ny-usmous174665334mar17,0,3436423.story - 56k - Cached - Similar pages
[ More results from www.newsday.com ]

**CANOE -- CNEWS - World - War On Terrorism:US attorney in ...**
US **attorney** in Philadelphia investigating Moussaoui lawyer ... The criminal investigation of **Carla Martin**, a lawyer with the federal Transportation Security ...
cnews.canoe.ca/CNEWS/World/ WarOnTerrorism/2006/03/30/1512689-ap.html - Similar pages

**VOA News - 9/11 Death Penalty Case in Jeopardy**
**Carla Martin** leaves federal court in Alexandria, Virginia, March 14, 2006. The lawyer in question, **Carla Martin**, works for the Transportation Security ...
voanews.com/english/2006-03-16-voa48.cfm - 35k - Cached - Similar pages

**Witness tampering alleged in Moussaoui case - CourtTV.com - Trials**
... forwarded a transcript from the first day of the Moussaoui trial to **Carla J. Martin**, ... Contacted after midnight, **Martin's attorney**, Roscoe Howard, ...
www.courttv.com/trials/moussaoui/031706_ap.html - 21k - Cached - Similar pages
[ More results from www.courttv.com ]

**KTVB.COM | Boise Idaho News, Weather, Sports & Traffic | Nation/World**
On Thursday, **Martin**, 51, was placed on paid administrative leave from her job as a Transportation Security Administration **attorney**, where she earned about ...
www.ktvb.com/sharedcontent/nationworld/ washington/031606cckrNatmoussaoui.304aa259.html - 31k - Cached - Similar pages

WBNS-10TV Columbus, Ohio: Judge cancels appearance for government ...
... appearance Monday for Transportation Security Administration lawyer **Carla Martin**. A lawyer familiar with the case says **Martin's** legal advisers have been ...
www.wbns10tv.com/Global/story.asp?S=4680652 - 93k - Cached - Similar pages

Moussaoui Death Penalty Trial Resumes | Sweetness & Light
There's no word yet on when the court might hear from **Carla Martin**, a government ... But her **attorney**, Roscoe Howard, has asked the court for more time. ...
www.sweetness-light.com/archive/ moussaoui-death-penalty-trial-resumes/ - 31k - Cached - Similar pages

Judge Halts Moussaoui Terror Trial - Los Angeles Times
The government notified the court Monday that **Carla Martin**, a senior TSA lawyer, had done just that by sending copies of court transcripts — as well as ...
www.latimes.com/news/nationworld/politics/ la-na-moussa14mar14,1,4586718.story?coll=la-news-politics-national - Similar pages

Prosecution to proceed with alternate witnesses in Moussaoui trial ...
The connection to the **Carla Martin** involvement in the case was discovered ... Defense **attorney** Edward B. MacMahon said that Moussaoui "aspires to martyrdom ...
en.wikinews.org/wiki/Prosecution_to_ proceed_with_alternate_witnesses_in_Moussaoui_trial - 24k - Cached - Similar pages

EMM News Explorer
WASHINGTON (CNN) -- Until Monday, **Carla** Jean **Martin**, 51, was a mid-career **attorney** working in relative obscurity at the Transportation Safety Administration ...
press.jrc.it/NewsExplorer/clusteredition/ en/20060316,cnn-1422e0ff70c8311390decb57473c3f33.html - Similar pages

The Massachusetts 9/11 Fund, Inc.| Moussaoui Sentencing Trial
**Carla Martin**, a lawyer for the Transportation Security Administration, ... "But I wouldn't trust any part **Carla Martin** had anything to do with. ...
www.massfund.org/errors.html - 7k - Cached - Similar pages

TIME Magazine Archive Article -- A Legal Loose Cannon -- Mar. 27, 2006
The roots of the bungle seem to come down to this: **Carla Martin**, ... In his opening statement, Assistant US **Attorney** Robert Spencer argued that if Moussaoui ...
jcgi.pathfinder.com/time/ archive/preview/0,10987,1174712,00.html - Similar pages

KTVB.COM | Boise Idaho News, Weather, Sports & Traffic | Nation/World
... of the Moussaoui trial to Transportation Security Administration lawyer **Carla** J. **Martin**. ... Contacted after midnight, **Martin's attorney**, Roscoe Howard, ...
www.ktvb.com/sharedcontent/nationworld/ washington/031606cckrNatmoussaoui.31bd6293.html - 32k - Cached - Similar pages

JURIST - Paper Chase: TSA lawyer in Moussaoui case placed on leave ...
[JURIST] **Carla Martin**, the Transportation Security Administration [official website] lawyer who improperly coached witnesses [JURIST report] against ...
jurist.law.pitt.edu/paperchase/ 2006/03/tsa-lawyer-in-moussaoui-case-placed-on.php - 21k - Cached - Similar pages

Elevated Voices - Moussaoui Trial Denver Connections
The antics of government aviation **attorney Carla** J. **Martin** are beyond the pale. In reading the actual e-mails **Martin** sent to Moussaoui trial witnesses that ...
www.5280.com/blog/?p=1678 - 27k - Cached - Similar pages

Moussaoui judge agrees to admit key evidence - 03/18/06 - The ...
... lawyer **Carla** J. **Martin**, who coached witnesses and lied to the defense. ... **Martin's attorney**, Roscoe Howard, acknowledged Friday she spoke with an ...
www.detnews.com/apps/pbcs.dll/ article?AID=/20060318/NATION/603180442/1020 - 33k -
Cached - Similar pages

nbc4.com - News - Government Can Seek Death Penalty Against Moussaoui
The **attorney** who prompted Tuesday's hearing without the jury present, **Carla** J. **Martin** of the Transportation Security Administration also was summoned. ...
www.nbc4.com/news/7960042/detail.html - 40k - Cached - Similar pages

Plastic: How Do You Solve A Problem Like Moussaoui?
The prosecutors note that the **attorney** in question was not one of theirs. ... The actions of **Carla Martin**, the "miscreant" lawyer who tainted government ...
www.plastic.com/comments. html;sid=06/03/15/12543965;cid=4 - 53k -
Cached - Similar pages

Zacarias Moussaoui,
**Carla Martin**, - **Carla Martin**, **attorney** at the Transportation Security Administration, jeopardized the government's ... Coleen Rowley, - Coleen Rowley, ...
www.infoplease.com/ipa/A0931199.html - 17k - Cached - Similar pages

Feds' blunder may save Moussaui - AM New York
... that Transportation Security Administration lawyer **Carla Martin** had e-mailed ... "We cannot control the actions of an **attorney** from the FAA," prosecutor ...
www.amny.com/news/local/groundzero/ ny-usmous0314,0,293488.story?coll=am-wtc-headlines - 41k - Cached - Similar pages

Moussaoui Death Penalty Case May Be Tossed
The TSA lawyer, **Carla Martin**, and most of the seven witnesses — past or present ... **Attorney** General Alberto Gonzales declined comment on the developments. ...
www.newsmax.com/archives/ articles/2006/3/13/211238.shtml - 37k - May 20, 2006 -
Cached - Similar pages
[ More results from www.newsmax.com ]

War On Terrorism
The TSA lawyer, **Carla Martin**, and most of the seven witnesses— past or present ... **Attorney** General Alberto Gonzales declined comment on the developments. ...
investment.suite101.com/discussion.cfm/152/latest/6 - 45k - Cached - Similar pages

Moussaoui Trial Derails
Due to an "egregious violation" on the part of TSA **attorney Carla Martin**, US District Judge Leonie M. Brinkema suspended the sentencing hearing of Zacarias ...
uspolitics.about.com/b/a/207643.htm - 31k - May 20, 2006 - Cached - Similar pages

TimesDispatch.com | Moussaoui trial jeopardized
... Transportation Security Administration lawyer **Carla Martin** have been tainted. ... Assistant US **Attorney** David J. Novak conceded that what **Martin** did was ...
www.timesdispatch.com/.../MGArticle/ RTD_BasicArticle&c=MGArticle&cid=1137834699464 -
65k - Cached - Similar pages

Government misconduct derails Moussaoui death penalty case
The **attorney, Carla Martin**, was reported to Novak by one of the witnesses, Lynne Osmus, the FAA's assistant administrator for security and hazardous ...
www.wsws.org/articles/2006/mar2006/mous-m16.shtml - 21k - Cached - Similar pages

Federal Witnesses Banned in 9/11 Trial
... hearing in Alexandria that centered on the conduct of **Carla** J. **Martin**, 51, ... Her **attorney**, Roscoe C. Howard Jr., later told the judge that **Martin** ...
www.truthout.org/docs_2006/031506M.shtml - 21k - Cached - Similar pages

Bloomberg.com: Top Worldwide
Prosecutors said they learned March 10 that **Carla Martin**, a lawyer for the ... Later, Brinkema said the government lawyer's **attorney** contacted the judge and ...
www.bloomberg.com/apps/news?pid=10000087&sid=aEfucC5b34gQ&refer=top_world_news - 40k - Cached - Similar pages
[ More results from www.bloomberg.com ]

Judge's ruling hurts capital case against Moussaoui
The official at the center of the furor is **Carla Martin**, a senior Transportation Security Administration **attorney**. At a hearing before the judge Tuesday, ...
www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2006/03/15/MNG4QHOCCB1.DTL - 24k - Cached - Similar pages

Wired News
The TSA lawyer, **Carla Martin**, and most of the seven witnesses _ past or present ... **Attorney** General Alberto Gonzales declined comment on the developments. ...
wireservice.wired.com/wired/story.asp?section=Breaking&storyId=1172242 - 23k - Cached - Similar pages

RealClearPolitics - Articles - The Moussaoui Prosecutors Did ...
**Carla** J. **Martin** draws a paycheck from the US government. That makes her a government lawyer. ... Ms. Burlingame, a former **attorney**, is the sister of Capt. ...
www.realclearpolitics.com/articles/2006/03/the_moussaoui_prosecutors_did.html - 25k - May 20, 2006 - Cached - Similar pages

Lawyer Accused of Tainting Witnesses Declines to Testify ...
... to determine what steps to take after revelations that the **attorney**, **Carla Martin**, advised seven government witnesses over their forthcoming testimony. ...
www.freerepublic.com/focus/f-news/1596186/posts - 24k - Cached - Similar pages

Manimalia: **Carla Martin** Placed On Leave
**Carla Martin** Placed On Leave. Considering this is a death penalty case, ... [JURIST] **Carla Martin**, the Transportation Security Administration [official ...
www.manimalia.org/2006/03/carla_martin_placed_on_leave.html - 17k - Cached - Similar pages

'Weapons of Mass Destruction' Defined for Moussaoui Jury - Los ...
... was investigating the conduct of government lawyer **Carla** J. **Martin**. **Martin**, a senior **attorney** with the Transportation Security Administration, ...
www.latimes.com/news/nationworld/nation/la-na-moussa31mar31,1,7701363.story?coll=la-headlines-nation - Similar pages

The Standard - China's Business Newspaper
All week long, government lawyer **Carla Martin** badgered them. ... "I decided not to ... because I assumed since she was an **attorney** working on this case, ...
www.thestandard.com.hk/ news_detail.asp?
we_cat=9&art_id=14330&sid=7090798&con_type=1&d_str... - 35k - Cached - Similar pages

Fordham University School of Law
US District Judge Leonie M. Brinkema, clearly exasperated by the new problems in the oft-delayed case, called the conduct of **Carla** J. **Martin**, ...
law.fordham.edu/ihtml/ itndetails.ihtml?id=248&pad=pad - 14k - Cached - Similar pages

    Fordham University School of Law
    Prosecutor David Novak said the TSA lawyer, identified as **Carla Martin** in ... **Attorney** General Alberto Gonzales in Washington refused to comment on the ...
    law.fordham.edu/ihtml/ itndetails.ihtml?id=249&pad=pad - 12k - Cached - Similar pages

CNN.com - Transcripts
The **attorney** general was baffled. ALBERTO GONZALES, **ATTORNEY** GENERAL: You'll have to ask **Carla Martin** what motivated her. ROBERTS: Here's what we know. ...
transcripts.cnn.com/TRANSCRIPTS/0603/16/ltm.02.html - 40k - Cached - Similar pages

JURIST - Paper Chase: Thursday, March 23, 2006
[JURIST] Transportation Security Administration lawyer **Carla Martin** has been ... [JURIST] New York **Attorney** General Eliot Spitzer [official website] on ...
jurist.law.pitt.edu/paperchase/2006_03_23_indexarch.php - 102k - Cached - Similar pages

JURIST - Paper Chase: Thursday, March 23, 2006
[JURIST] Transportation Security Administration lawyer **Carla Martin** has been ... [JURIST] New York **Attorney** General Eliot Spitzer [official website] on ...
jurist.law.pitt.edu/paperchase/2006_03_23_indexarch.php - 102k - Cached - Similar pages

Moussaoui comes out fighting again
She strikes me as a forceful advocate for doing the right thing, having kicked FAA lawyer **Carla Martin** out of her courtroom for "egregious" jury tampering. ...
www.onlinejournal.com/artman/publish/article_796.shtml - 28k - May 20, 2006 -
Cached - Similar pages

Common Ground Common Sense
But Judge Brinkema said that Ms. **Martin** was "an **attorney** for the United ... Earlier this week, after discovering that government lawyer **Carla Martin** had ...
www.commongroundcommonsense.org/forums/ index.php?
showtopic=50885&view=getnewpost - 186k - Cached - Similar pages

KSDK NewsChannel 5 - Judge In Moussaoui Case Imposes Sanctions ...
Hearing Delayed In Overland Dispute Over Police Chief And City **Attorney** ... Security Administration lawyer **Carla Martin** had violated trial rules. ...
www.ksdk.com/news/news_article.aspx?storyid=93743 - 37k - Cached - Similar pages

Government Case in Moussaoui Sentencing Trial Unravels
TSA lawyer, **Carla Martin**, and most of the seven witnesses — past or present employees of the Federal Aviation Administration who received e-mails from ...
www.atsnn.com/article/198783 - 22k - Cached - Similar pages

Moussaoui trial delayed over coaching witnesses | The San Diego ...
She said that the actions of the government lawyer, identified in court papers as **Carla Martin**, would make it "very difficult for this case to go forward." ...
www.signonsandiego.com/uniontrib/ 20060314/news_1n14moussa.html - 22k -
Cached - Similar pages

Judge Calls Halt to Terror Trial
**Carla** J. **Martin**, a Transportation Security Administration lawyer, ... THE DETROIT DEBACLE: In 2003, then-**Attorney** General John Ashcroft was threatened with ...
www.yuricareport.com/Law%20&%20Legal/ JudgeHaltsPenaltyPhaseTerrorTrial.html - 19k -
Cached - Similar pages

village voice > news > Mondo Washington by James Ridgeway
**Carla Martin**, a Transportation Security Administration **attorney**, coached aviation witnesses with court testimony in such a way as to bolster the ...
www.villagevoice.com/news/0612,ridgeway,72589,2.html - 9k - Cached - Similar pages

Federal Witnesses Banned in 9/11 Trial
**Carla** J. **Martin**, the TSA lawyer at the heart of the controversy in the ... Her **attorney**, Roscoe C. Howard Jr., later told the judge that **Martin** would not be ...
newsblaster.cs.columbia.edu/NBproxy.cgi?sentence=1687 - 66k - Cached - Similar pages

FBI agent testifies: Bureau resisted Moussaoui investigation ...
The death penalty trial was halted last week after an **attorney** for the prosecution informed the court that **Carla Martin**, another government **attorney** who ...
www.wsws.org/articles/2006/mar2006/mous-m22.shtml - 19k - Cached - Similar pages

Jury finds Moussaoui eligible for execution - Americas ...
... reminded his American counterpart, **Attorney** General Alberto Gonzales, ... The lawyer, **Carla Martin**, was told by the judge that she could face criminal ...
www.iht.com/articles/2006/04/03/news/trial.php - 35k - Cached - Similar pages

Judge bars testimony in Sept. 11 terror trial - Americas ...
Most of the problems that Brinkema cited involved the behavior of **Carla Martin**, a government transportation **attorney** who coached seven aviation officials on ...
www.iht.com/articles/2006/03/14/news/trial.php - 33k - Cached - Similar pages

Concurring Opinions: Moussaoui and the Government Litigator
It appears that **Carla Martin** emailed witnesses a trial transcript. The protests from both the "Weberian" prosecution and the "slick" defense team are not ...
www.concurringopinions.com/ archives/2006/03/moussaoui_and_t.html - 35k -
Cached - Similar pages

Montgomery County Family Law Lawyer :: News Article :: Washington ...
Contact Washington Divorce **Attorney** AP Pishevar ... WASHINGTON, March 14 — In a city of lawyers, **Carla** J. **Martin** has become the most talked-about lawyer in ...
www.afshinpishevarlaw.com/lawyer-**attorney**-1106265.html - 12k - Cached - Similar pages