IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>CARLA J. MARTIN, )<br>)<br>       Defendant. )<br>_____) | Master Case No.: 1:06CV00598-RWR |

THIS DOCUMENT RELATES TO:

EILEEN BERTORELLI-ZANGRILLO, )
)
       Plaintiff, )
)
v. )
)
CARLA J. MARTIN, )
)
       Defendant. )
_____)

RUTH FALKENBERG, )
)
       Plaintiff, )
)
v. )
)
CARLA J. MARTIN, )
)
       Defendant. )
_____)

| | |
|---|---|
| MARY BAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ELIZABETH GAIL HAYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| MICHAEL KEATING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REQUEST TO WITHDRAW MOTION TO STAY THE PROCEEDING AND TO SET DATES TO FILE A RESPONSIVE PLEADING

Defendant Carla J. Martin ("Defendant" or "Martin"), through undersigned counsel, respectfully submits this Request to Withdraw Defendant's Motion to Stay, and for other relief, and states as follows:

1027720

2

On August 29, 2006, Defendant filed a motion requesting this Court to issue an order to stay these proceedings for an initial period of five months to allow for the completion and resolution of the Department of Justice Investigation, or, in the alternative, to extend the time for Defendant to file a response to the Complaints ("August 29th Motion"). Previously, on May 2, 2006, Defendant requested a stay in response to two substantially similar complaints filed on March 31, 2006. All seven complaints have been consolidated by order of this Court. In the August 29th Motion, Defendant incorporated by reference her prior request for a stay and supplemented her prior request with additional information and legal analysis.

On September 22, 2006, undersigned counsel was informed by the United States Attorney's Office for the Eastern District of Pennsylvania that, as a result of its investigation, the Department of Justice would not pursue criminal charges against Ms. Martin in connection with her conduct during the *Moussaoui* trial.

Accordingly, Ms. Martin requests that her pending requests for a stay of the proceedings be withdrawn. Ms. Martin also requests that the Court set October 13, 2006 as the date for answering or otherwise pleading to all the consolidated complaints.

WHEREFORE, Defendant Carla J. Martin respectfully requests that both the May 2nd and August 29th Motions for Stay be withdrawn and that the Court set October 13, 2006 as the date for filing of a responsive pleading.

Pursuant to Local Rule 7(c), a proposed order is attached.

DATED this 25th day of September, 2006.

                        Respectfully submitted,

                        <u>/s/ Stuart F. Pierson.</u>
Roscoe C. Howard, Jr. (DC Bar No. 246470)
Stuart F. Pierson (DC Bar No. 56820)
Mark E. Nagle (DC Bar No. 416364)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, DC 20004-2134
Tel: (202) 274-2950
Fax: (202) 654-5665
roscoe.howard@troutmansanders.com
stuart.pierson@troutmansanders.com
mark.nagle@troutmansanders.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 25th day of September 2006, a copy of the above and foregoing Motion to Withdraw was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.


                                                /s/ Allison Rule
                                                Allison Rule

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY,                )<br>                              )<br>         Plaintiff,          )<br>                              )<br> v.                           )    Master Case No.: 1:06CV00598-RWR<br>                              )<br> CARLA J. MARTIN,             )<br>                              )<br> Defendant.                   )<br>_____) | |

THIS DOCUMENT RELATES TO:

EILEEN BERTORELLI-ZANGRILLO,  )
                              )
         Plaintiff,           )
                              )
 v.                           )
                              )
 CARLA J. MARTIN,             )
                              )
         Defendant.           )
_____)
                              )
 RUTH FALKENBERG,             )
                              )
         Plaintiff,           )
                              )
 v.                           )
                              )
 CARLA J. MARTIN,             )
                              )
         Defendant.           )
_____)

1027720

6

| | |
|---|---|
| MARY BAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| ELIZABETH GAIL HAYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| MICHAEL KEATING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

In response to Defendant's Motion, it is hereby

ORDERED that Defendant's Request to Withdraw Defendant's Motion to Stay is granted. It is further

ORDERED that responsive pleadings shall be filed on October 13, 2006.

1027720                                                            7

Signed this __th day of September 2006

_____
RICHARD W. ROBERTS
United States District Judge