IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA KOUTNY,                    )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>v.                                )<br>                                  )<br>CARLA J. MARTIN,                  )<br>                                  )<br>         Defendant.              )<br>_____) | Master Case No.: 1:06CV00598-RWR |

THIS DOCUMENT RELATES TO:

EILEEN BERTORELLI-ZANGRILLO,      )
                                  )
         Plaintiff,               )
                                  )
    v.                            )
                                  )
CARLA J. MARTIN,                  )
                                  )
         Defendant.               )
_____)
STEPHEN HOLLAND,                  )
                                  )
         Plaintiff,               )
                                  )
    v.                            )
                                  )
CARLA J. MARTIN,                  )
                                  )
         Defendant.               )
_____)
RUTH FALKENBERG,                  )
                                  )
         Plaintiff,               )
                                  )
    v.                            )
                                  )
CARLA J. MARTIN,                  )
                                  )
         Defendant.               )
_____)

| | |
|---|---|
| MARY BAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| ELIZABETH GAIL HAYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| MICHAEL KEATING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLA J. MARTIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

In response to Defendant's Motion, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED and Plaintiffs' Complaint is dismissed with prejudice.

Signed this __th day of October 2006

                                              _____
                                              RICHARD W. ROBERTS