# Exhibit 1

## U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21-mc-00097-AKH-THK

In Re: September 11 Litigation
Assigned to: Judge Alvin K. Hellerstein
Referred to: Magistrate Judge Theodore H. Katz
Demand: $0
Lead case: 1:21-mc-00097-AKH-THK    (View Member Cases)
Related Cases: 1:06-cv-03973-AKH
1:03-cv-06114-AKH
1:03-cv-06116-AKH
1:03-cv-06117-AKH
1:03-cv-06207-AKH
1:03-cv-06208-AKH
1:03-cv-06472-AKH
1:03-cv-06602-AKH
1:03-cv-06673-AKH
2:03-cv-06105-AKH
1:03-cv-06781-AKH
1:03-cv-06782-AKH
1:03-cv-06783-AKH
1:03-cv-06786-AKH
1:03-cv-06787-AKH
2:03-cv-06310-AKH
1:03-cv-06788-AKH
1:03-cv-06816-AKH
1:03-cv-06817-AKH
1:03-cv-06818-AKH
1:03-cv-06819-AKH
1:03-cv-06820-AKH
2:03-cv-06803-AKH
1:03-cv-06821-AKH
1:03-cv-06822-AKH
1:03-cv-06825-AKH
2:03-cv-06831-AKH
2:03-cv-06838-AKH
2:03-cv-07070-AKH
2:03-cv-07071-AKH
2:03-cv-07076-AKH
2:03-cv-07083-AKH
2:03-cv-07084-AKH
1:06-cv-05115-AKH
1:06-cv-05115-AKH

Date Filed: 11/01/2002
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

1:03-cv-06785-AKH
1:03-cv-06912-AKH
1:04-cv-05373-AKH
1:04-cv-07189-AKH
1:04-cv-07291-AKH
1:03-cv-10203-AKH
1:04-cv-07248-AKH
1:04-cv-07226-AKH
1:04-cv-07298-AKH
1:04-cv-07848-AKH
1:04-cv-08067-AKH
1:04-cv-09627-AKH
1:05-cv-06156-AKH

Cause: 49:40101 Air Trans. Safety and Sys. Stabilization Act

**Plaintiff**

**N.S. Windows LLC**

**Plaintiff**

**Serko & Simon, LLP**
*a partnership*

**Plaintiff**

**Deena Burnett**                    represented by   **Elizabeth Smith**
                                                     Motley Rice LLC (SC)
                                                     28 Bridgeside Blvd., P. O. Box
                                                     1792
                                                     Mount Pleasant, SC 29465
                                                     843-216-9240
                                                     Fax: 843-216-9430
                                                     Email: esmith@motleyrice.con
                                                     *LEAD ATTORNEY*

                                                     **Jayne Conroy**
                                                     Hanly Conroy Bierstein Sherid
                                                     Fisher & Hayes, LLP
                                                     112 Madison Avenue
                                                     New York, NY 10016
                                                     US
                                                     (212) 784-6402
                                                     Fax: (212) 784-6400
                                                     Email:
                                                     jconroy@hanlyconroy.com
                                                     *LEAD ATTORNEY*

                                                     **Jodi Westbrook Flowers**
                                                     Motley Rice LLC (SC)

*LEAD ATTORNEY*

**Plaintiff**
**Karen Homer**                              represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Plaintiff**
**Elizabeth Gail Hayden**                    represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth Smith**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Plaintiff**
**Rita Hashem**                              represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth Smith**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Plaintiff**
**Michael Flagg**                            represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth Smith**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Plaintiff**
**Marcus Flagg**                             represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth Smith**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Plaintiff**
**Loretta Filipov**                          represented by  **Clinton B. Fisher**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth Smith**
                                                             (See above for address)

**Paul R. Martin**

**Plaintiff**

**John A. Martin**

**Plaintiff**

**Carie Lemack**

**Plaintiff**

**Anne E. Lewin**

**Plaintiff**

**Vickie Rose Arestegui**

**Plaintiff**

**Dorothy Tempesta**                    represented by    **Floyd A. Wisner**
                                                          Nolan Law Group
                                                          20 N. Clark St., 30th Floor
                                                          Chicago, IL 60602
                                                          (312)-630-4000
                                                          Fax: (312)-630-4011
                                                          Email: mm@nolan-law.com
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Clifford Tempesta**                   represented by    **Floyd A. Wisner**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Christina Baksh**

**Plaintiff**

**Kathleen Ashton**

**Plaintiff**

**P.O. #52 Michael Keating**            represented by    **Elizabeth Smith**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Perry S. Oretzky**

**Plaintiff**

**Edward Radburn**

**Plaintiff**

**Jesus Sanchez**

Mineola, NY 11501
(516) 739-3395
*LEAD ATTORNEY*

**Plaintiff**

**Ruth Falkenberg**
*as Personal Representative of the Estate of Leslie Whittington, deceased*

represented by **Donald A. Migliori**
Motley Rice LLC (SC)
28 Bridgeside Blvd., P. O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Blvd #950
Los Angeles, CA 90025-7106
(310) 207-3233
*TERMINATED: 01/07/2004*
*LEAD ATTORNEY*

**Mary F. Schiavo**
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025
(310) 207-3233
*TERMINATED: 01/07/2004*
*LEAD ATTORNEY*

**Plaintiff**

**Rui Zheng**
*Individually, and as Personal Representative of the Estates of Shuyin Yang and Yuguang Zheng, deceased*

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Albert Cuccinello**
*Individually,*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Cheryl O'Brien**
*Individually, and as co-Personal Representatives of the
Estate of Thelma Cuccinello, deceased*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Stephen K. Holland**
*Individually, and as Personal Representative of the
Estate of Cora H. Holland, deceased*

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**P. A. Keating**

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Linda LeBlance**
*Individually, and as Personal Representative of the
Estate of Natalie Janis Lasden, deceased*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)

*LEAD ATTORNEY*

**Plaintiff**

**Kellie B. Lee**
*Individually, and as Personal Representative of the Estate of Daniel J. Lee, deceased*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Amanda D. Castrillon**
*Individually, and as Personal Representative of the Estate of Antonio J. Montoya*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Jorge I. Montoya**
*Individually, and as Personal Representative of Antonio J. Montoya, deceased*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Michael Wahlstrom**
*Individually, and as Personal Representative of the Estate of Mary Alice Wahlstrom, deceased*

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Mary F. Schiavo**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Mary Bavis**

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Maria Koutny**
*Individually, and as Personal Representative of the*
*Estate of Marie Pappalardo, deceased*

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Alberta Brandhorst**
*TERMINATED: 03/15/2004*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**David B. Brandhorst**
*Individually, and as Successors In Interest of the Estate*
*of David R. Brandhorst, deceased*
*TERMINATED: 03/15/2004*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**David B. Brandhorst**
*Individually, and as Personal Representative of the*
*Estate of Daniel Brandhorst, deceased*
*TERMINATED: 03/15/2004*

represented by **John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Mary Jones**

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Mikael Carstanjen**
*Individually, and as Personal Representative of the*
*Estate of Christoffer Carstanjen, deceased*

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

**John A. Greaves**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Maria Luisa Pocasangre**

represented by **Elizabeth Smith**
(See above for address)
*LEAD ATTORNEY*

John A. Greaves
(See above for address)
*LEAD ATTORNEY*

Mary F. Schiavo
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Catherine Stefani**
*Individually, and as co-Personal Representatives of the Estate of Nicole Carol Miller, deceased*

represented by Elizabeth Smith
(See above for address)
*LEAD ATTORNEY*

John A. Greaves
(See above for address)
*LEAD ATTORNEY*

Mary F. Schiavo
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Laura Brough**
*Individually, and as Personal Representative of the Estate of Georgine Rose Corrigan*

represented by John A. Greaves
(See above for address)
*LEAD ATTORNEY*

Mary F. Schiavo
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Lourdes Lebron**
*Individually, and as Surviving Sister and Successor In Interest of Waleska Martinez, deceased*

represented by Elizabeth Smith
(See above for address)
*LEAD ATTORNEY*

John A. Greaves
(See above for address)
*LEAD ATTORNEY*

Mary F. Schiavo
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**
**Eileen Bertorelli-Zangrillo**
*as Personal Representative of the Estate of John Talignani, deceased*

represented by Elizabeth Smith
(See above for address)
*LEAD ATTORNEY*

John A. Greaves

*Corporate created by the State of Massachusetts*

**Cross Defendant**

**Midway Airlines Corporation**

**Cross Defendant**

**Northwest Airlines Corporation**

**Cross Defendant**

**Pinkerton's Inc.**

**Cross Defendant**

**Securitas AB**
*a Foreign Corporation organized under the Laws of
Sweden*

**Cross Defendant**

**The Boeing Company**

**Cross Defendant**

**UAL Corporation**
*a Delaware Corporation*

**Cross Defendant**

**US Air Group**

**Cross Defendant**

**US Airways Shuttle, Inc.**

**Cross Defendant**

**US Airways, Inc.,**
*a Delaware Corporation*

**Cross Defendant**

**United Airlines, Inc.,**
*a Delaware Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2002 | 1 | ORDER,... my order of July 24, 2002 is modified such that all actions for wrongful death, personal injury, and property damage or business loss currently pending or hereinafter filed pursuant to the Act against any defendant (including defendants airlines and airline security companies), except for alleged hijackers or terrorists, are consolidated for purposes of pretrial proceedings ,... that a master docket is hereby established: 21 MC 97 (AKH) with the caption "In re September 11 Litigation ,... that counsel shall file originals of papers that relate to all of the cases in the September 11 litigation under the master docket set forth above; |

| | | |
|---|---|---|
| | | be filed with the Clerk of the Court by 12/8/2003, but shall be deemed filed as of September 5, 2003, the date the motion was filed. This document relates to 02cv452, 02cv456, 02cv458, 02cv1727, 02cv1728, 02cv2004, 02cv2802, 02cv3676, 02cv5139, 02cv6361, 02cv6362, 02cv6363, 02cv6364, 02cv6365, 02cv6378, 02cv6379, 02cv7143, 02cv7144, 02cv7145, 02cv7146, 02cv7147, 02cv7148, 02cv7149, 02cv7150, 02cv7152, 02cv7153, 02cv7154, 02cv7155, 02cv7156, 02cv7204, 02cv7258, 02cv7259, 02cv7260, 02cv7261, 02cv7262, 02cv7271, 02cv7272, 02cv7920, 02cv8916, 02cv8918, 02cv8919, 03cv29 (Signed by Judge Alvin K. Hellerstein on 11/24/2003) (kkc, ) (Entered: 12/16/2003) |
| 11/26/2003 | | Set/Reset Deadlines: Amended Pleadings due by 12/8/2003. (kkc, ) (Entered: 12/16/2003) |
| 12/01/2003 | 231 | Letter addressed to Clerk, SDNY from Michael J. Crowley dated 11/25/2003 re: enclosed is a copy of the insurance disclosure of Delta Air Lines Inc. Document filed by Delta Air Lines, Inc. (kkc, ) (Entered: 12/16/2003) |
| 12/02/2003 | 232 | Letter addressed to Marc S. Moller from Jacqueline Keller dated 11/24/2003 re: furnishing insurance disclosure in accordance with the supplemental case management order dated 10/24/2003. Document filed by Minoru Yamasaki Associates, Inc. (kkc, ) (Entered: 12/16/2003) |
| 12/02/2003 | 233 | Order; that the date contained in Paragraph 3(a) of this Court's Order dated 7/22/2003 is amended from December 23, 2003 to February 6, 2004. By February 6, 2004, plaintiffs with cases on the suspense docket must file a statement electing either to dismiss their case or activate the lawsuit and proceed with the litigation, or suffer dismissal by order of the court. (Signed by Judge Alvin K. Hellerstein on 11/26/2003) (kkc, ) (Entered: 12/16/2003) |
| 12/02/2003 | 234 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Michael F. Baumeister dated 11/25/2003; motion to clarify what constitutes a waiver is denied as premature. (Signed by Judge Alvin K. Hellerstein on 11/26/2003) (kkc, ) (Entered: 12/16/2003) |
| 12/02/2003 | 235 | Letter addressed to Clerk, SDNY from Michael J. Crowley dated 11/25/2003 re: insurance disclosure of The Port Authority of New York and New Jersey. Document filed by The Port Authority of New York & New Jersey.(kkc, ) (Entered: 12/16/2003) |
| 12/08/2003 | 236 | Order; following this Court's Order of 11/3/2003, September 11 clients of Baum, Hedlund, Aristei & Guilford and Motley Rice, LLC have received information regarding Ms. Mary Schiavo's departure from Baum Hedlund to join Motley Rice and each firm's representation. As these clients have had a sufficient amount of time to consider the information, the Order of 11/3/2003 is hereby amended so that each firm may contact the September 11 clients it represents. (Signed by Judge Alvin K. Hellerstein on 12/2/2003) (kkc, ) (Entered: 12/16/2003) |
| 12/08/2003 | 237 | ORDER; that the parties shall appear before this Court on 12/11/2003 at |

| | | |
|---|---|---|
| | | 4:00 pm to show cause why an order should not be entered herein: (a) ordering Joan A. Lukey and Mary Schiavo to surrender the document titled "Report/First Draft, November 6, 2001: Physical Security Assessment: Boston Logan International Airport" prepared by Counter Technology Inc., and any copies to the Court; and (b) filing the document under seal to await evaluation by the Transportation Safety Administration. In the meantime, the parties are enjoined from making any further copies until a ruling is made. (Signed by Judge Alvin K. Hellerstein on 12/3/2003) (kkc, ) (Entered: 12/16/2003) |
| 12/08/2003 | 238 | DECLARATION OF SERVICE of letter from Brian Otero dated 12/8/03, and various copies of document as indicated on Declaration, served on Marc Moller on 12/8/2003. Service was accepted by proper person in charge of his office, Kreindler & Kreindler. Document filed by Burns International Security Services Corporation, Burns International Services Corp. Received in night deposit box on 12/8/03 at 5:25 pm. (kkc, ) (Entered: 12/16/2003) |
| 12/09/2003 | 220 | AFFIDAVIT OF SERVICE of Order Modifying Automatic Stay entered 5/29/03, USBC - NDIL, Case no. 02-B-48191, served on plaintiff's and defendants' liaison counsel on 9/22/2003. Service was made by Mail. Document filed by UAL Corporation, United Airlines, Inc. (kkc, ) (Entered: 12/16/2003) |
| 12/09/2003 | 221 | AFFIDAVIT OF SERVICE of Order Modifying Automatic Stay entered 5/29/03, USBC - NDIL, Case no. 02-B-48191 served upon attorneys as indicated on service list on 9/23/2003. Service was made by Mail. Document filed by United Airlines, Inc. (kkc, ) (Entered: 12/16/2003) |
| 12/09/2003 | 239 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian J. Alexander dated 12/3/2003; granting counsel's request that the date in the second line of paragraph no. 1, of the 10/24/2003 Supplemental Case Management Order, concerning the filing of the amended complaint be changed from 1/6/2004 to 2/27/2004. (Signed by Judge Alvin K. Hellerstein on 12/5/2003) (kkc, ) (Entered: 12/16/2003) |
| 12/09/2003 | | Set/Reset Deadlines: Amended Complaint due by 2/27/2004. (kkc, ) (Entered: 12/16/2003) |
| 12/12/2003 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Show Cause Hearing held on 12/12/2003. (kkc, ) (Entered: 01/20/2004) |
| 12/16/2003 | 240 | TRANSCRIPT of proceedings held on 10/28/2003 before Judge Alvin K. Hellerstein.(kkc, ) (Entered: 12/19/2003) |
| 12/16/2003 | 241 | Letter addressed to Marc S. Moller from Paola de Kock dated 12/15/2003 re: documents relating to the terms of all insurance agreements, including the amounts of such insurance and all exclusions or limitations, that may be applicable to claims arising from the September 11, 2001 terrorist attacks. Document filed by Pinkerton's Inc. (kkc, ) (Entered: 12/19/2003) |
| 12/17/2003 | 242 | MOTION for Gary W. Westerberg to Appear Pro Hac Vice for the purpose of representing Globe Aviation Services Corporation in this |

| | | |
|---|---|---|
| | | proceeding and consolidated cases. Affidavit of Gary W. Westerberg attached. Document filed by Globe Aviation Services Corp. (kkc, ) (Entered: 12/19/2003) |
| 12/17/2003 | 243 | MOTION for Robert P. Conlon to Appear Pro Hac Vice for the purpose of representing Globe Aviation Services Corporation in this proceeding and consolidated cases. Affidavit of Robert P. Conlon attached. Document filed by Globe Aviation Services Corp. (kkc, ) (Entered: 12/19/2003) |
| 12/19/2003 | 244 | ORDER; I hold that a claimant who satisfies the statutory and regulatory definition of filing or submitting a claim, will have waived his right to sue, or to maintain his suit when that filing, or submission, is substantially complete as determined by the Special Master's Claims Evaluator or January 22, 2004, whichever is earlier, and not before then. The Port Authority has advised that it intends to allege the defense of waiver as applicable to any filing with the Victim Compensation Fund, notwithstanding my ruling today. That is its right. It may be after the conclusion of this case, the Second Circuit Court of Appeals, on appeal, may hold contrary to my ruling and determine that a waiver occurred. That is a risk that the plaintiffs will have to run. I can do no more as a district judge than express my view of the law as best I can, and I have done that. But my rulings are subject to review, and that review can sometimes bring about risks of frustration and disappointment to litigants who following the ruling I have pronounced. (Signed by Judge Alvin K. Hellerstein on 12/19/2003) (kkc, ) (Entered: 12/19/2003) |
| 12/22/2003 | 245 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from John A. Greaves dated 12/17/2003 re: request that the date by which to file amended complaints with the Court be extended to 1/5/2004, and to extend the service deadline under F.R.C.P. 4(m) for 45 days, or to 2/17/2004. Extension of time to file amended complaints and to enlarge time to serve amended complaints is granted. (Signed by Judge Alvin K. Hellerstein on 12/18/2003) (kkc, ) (Entered: 12/31/2003) |
| 12/30/2003 | | MEMO ENDORSED ORDER granting [242] Motion for Gary W. Westerberg to Appear Pro Hac Vice . (Signed by Judge Alvin K. Hellerstein on 12/23/03) (rjm, ) Modified on 3/17/2005 (rjm, ). (Entered: 03/17/2005) |
| 12/30/2003 | | MEMO ENDORSED ORDER granting [243] Motion for Robert P. Conlon to Appear Pro Hac Vice . (Signed by Judge Alvin K. Hellerstein on 12/23/03) (rjm, ) (Entered: 03/17/2005) |
| 12/31/2003 | 246 | ORDER; that the plaintiffs identified on Schedule A (03cv6866, 03cv6928, 03cv6927, 03cv6929, 03cv6823, 03cv6862, 03cv6937, 03cv7098, 03cv6865, 03cv6861, 03cv6868, 03cv7031, 03cv7030, 03cv7029, 03cv7050, 03cv6930, 03cv7023, 03cv7050, 03cv7032) have until 2/14/2004 to effectuate service of their individual complaints upon the defendants (Signed by Judge Alvin K. Hellerstein on 12/31/2003) (kkc, ) (Entered: 01/05/2004) |
| | | |

| | | |
|---|---|---|
| | | actions. This document relates to 02cv7122, 03cv6473, 03cv6842, 03cv6963, 03cv7531. Document filed by Beverly Eckert. (kkc, ) (Entered: 02/04/2004) |
| 01/29/2004 | 261 | ORDER; I hereby withdraw my Order dated 12/31/2003 and issue an Order as follows: that the plaintiffs identified on Schedule A (03cv6866, 03cv6928, 03cv6927, 03cv6929, 03cv6823, 03cv6862, 03cv6937, 03cv7098, 03cv6865, 03cv6861, 03cv10261, 03cv6868, 03cv7031, 03cv7030, 03cv7029, 03cv7050, 03cv6930, 03cv7023, 03cv7050, 03cv7032, 03cv7053, 03cv7028) have until 2/14/2004 to effectuate service of their individual complaints upon the defendants. (Signed by Judge Leonard B. Sand, Part I on 1/29/2004) (kkc, ) (Entered: 02/04/2004) |
| 01/29/2004 | 263 | TRANSCRIPT of proceedings held on 12/11/03 before Judge Alvin K. Hellerstein.(pr, ) (Entered: 02/04/2004) |
| 01/29/2004 | 264 | TRANSCRIPT of proceedings held on 12/18/03 before Judge Alvin K. Hellerstein.(pr, ) (Entered: 02/04/2004) |
| 01/30/2004 | 262 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian J. Alexander dated 1/28/2004; counsel writes to request an extension of time for the Plaintiffs' Executive Committee to amend the Appendices to the Master Complaints from 1/30/2004 to 2/13/2004, to provide an accurate and complete list of those plaintiffs who either remain in or have activated their lawsuits. Request granted. (Signed by Judge Leonard B. Sand, Part I on 1/30/2004) (kkc, ) (Entered: 02/04/2004) |
| 02/03/2004 | 265 | NOTICE of ELECTION TO ACTIVATE LAWSUITS. Filed by Plaintiffs. This Relates to: Pecorelli 03cv6804; Taylor 03cv6944; Casey 03cv7148. (sac, ) (Entered: 02/10/2004) |
| 02/05/2004 | 266 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Suzanne S. Mladenik. This Document relates to: 03 Civ. 7022. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 267 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Margaret M. Ogonowski. This Document relates to: 03 Civ. 7070. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 268 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Michael Sweeney. This Document relates to: 03 Civ. 7071. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 269 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Loretta Filipov. This Document relates to: 03 Civ. 7076. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 270 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Margaret M. Nassaney, Patrick John Nassaney Sr. This Document relates to: 03 Civ. 7083. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 271 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Felicita Maria |

| | | Sanchez. This Document relates to: 03 Civ. 7084. (sac, ) (Entered: 02/11/2004) |
|---|---|---|
| 02/05/2004 | 272 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Elaine Teague. This Document relates to: 03 Civ. 6800. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 273 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Catherine Jalbert. This Document relates to: 03 Civ. 6801. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 274 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Katherine Bailey. This Document relates to: 03 Civ. 6802. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 275 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Danielle Lemack. This Document relates to: 03 Civ. 6803. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 276 | NOTICE TO ACTIVATE LAWSUIT. Document filed by D. Hamilton Peterson and David M. Repetto. This Document relates to 03 Civ. 6805. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 277 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Marcus Flagg, Michael Flagg. This Document relates to: 03 Civ. 6808. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 278 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Rita Hashem. This Document relates to: 03 Civ. 6809. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 279 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Marcus Flagg. This Document relates to 03 Civ. 6810. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 280 | NOTICE TO ACTIVATE LAWSUIT. Document filed by Elizabeth Gail Hayden. This Document relates to: 03 Civ. 6811. (sac, ) (Entered: 02/11/2004) |
| 02/05/2004 | 281 | CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER; regarding procedures to be followed that shall govern the handling of "confidential information." (Signed by Judge Alvin K. Hellerstein on 2/5/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/05/2004 | 282 | JOINT STATUS REPORT. Document filed by plaintiffs and defendants' liaison counsel.(kkc, ) (Entered: 02/20/2004) |
| 02/06/2004 | 283 | NOTICE to Activate Lawsuit (this document relates to 01cv11628). Plaintiff Ellen M. Mariani hereby notifies the Court and all interested parties that she intends to activate this lawsuit and proceed with litigation in this action. Document filed by Ellen Mariani.(kkc, ) (Entered: 02/20/2004) |
| 02/06/2004 | 284 | Second Report of the Transportation Security Administration Regarding SSI-Related Discovery. Document filed by United States of America. (kkc, ) (Entered: 02/20/2004) |
| 02/09/2004 | 285 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from |

| | | |
|---|---|---|
| | | Donald A. Migliori dated 2/5/2004; counsel writes to request that the parties be allowed to brief the issue of whether documents indicated in this letter enjoy any SSI protection and, if so, whether such protections have been lost as a result of the documents having entered the public domain. Plaintiffs, defendants and Gov't counsel shall propose a briefing schedule (certain SSI documents). (Signed by Judge Alvin K. Hellerstein on 2/6/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/10/2004 | 286 | TRANSCRIPT of proceedings held on 12/18/2003 before Judge Alvin K. Hellerstein.(kkc, ) (Entered: 02/20/2004) |
| 02/13/2004 | 287 | ORDER (this document relates to 03cv332, 02cv7174); that this action and General Star's cross-claims are dismissed without prejudice as to Starr Excess, and only Starr Express. This action and General Star's cross-claims remain pending and are not dismissed as to every other party. (Signed by Judge Alvin K. Hellerstein on 2/10/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/13/2004 | | MEMO-ENDORSEMENT on [254] Motion for Paul J. Hedlund to Appear Pro Hac Vice. Motion granted. (this document relates to 02cv452, 02cv6361, 02cv6362, 02cv7146, 02cv7148, 02cv7151, 02cv7204, 02cv7258, 02cv7271, 03cv2004, 03cv6804, 03cv6807, 03cv6944, 03cv7148, 03cv7150) (Signed by Judge Alvin K. Hellerstein on 2/10/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/13/2004 | | MEMO-ENDORSEMENT on [255] Motion for Robert E. Guilford to Appear Pro Hac Vice. Motion granted. (this document relates to 02cv452, 02cv6361, 02cv6362, 02cv7146, 02cv7148, 02cv7151, 02cv7204, 02cv7258, 02cv7271, 03cv2004, 03cv6804, 03cv6807, 03cv6944, 03cv7148, 03cv7150) (Signed by Judge Alvin K. Hellerstein on 2/10/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/13/2004 | | MEMO-ENDORSEMENT on [256] Motion for Ronald L.M. Goldman to Appear Pro Hac Vice. Motion granted. (this document relates to 02cv452, 02cv6361, 02cv6362, 02cv7146, 02cv7148, 02cv7151, 02cv7204, 02cv7258, 02cv7271, 03cv2004, 03cv6804, 03cv6807, 03cv6944, 03cv7148, 03cv7150)(Signed by Judge Alvin K. Hellerstein on 2/10/2004) (kkc, ) (Entered: 02/20/2004) |
| 02/19/2004 | 289 | MOTION for Jeffrey Scott Thompson to Appear Pro Hac Vice as attorney of record for the plaintiffs. This document relates to 03cv6183, 03cv7040, 03cv7073, 04cv365, 03cv7076, 03cv7083, 03cv7070, 03cv7084, 03cv7071, 03cv7150, 02cv3676, 03cv6802, 02cv6364, 02cv7154, 02cv7259, 02cv7272, 02cv8918, 02cv6378, 02cv7153, 02cv6379, 02cv7152, 03cv29, 02cv7920, 02cv7145, 03cv6810, 03cv6808, 02cv7147, 02cv7260, 02cv7143, 03cv6809, 03cv6811, 02cv8916, 03cv6801, 02cv7149, 02cv7156, 02cv2802, 02cv7155, 02cv7262, 03cv6803, 02cv458, 02cv1728, 03cv7022, 03cv7149, 02cv456, 03cv6805, 02cv1727, 03cv6800, 02cv6365, 02cv7261, 02cv7144, 02cv8919. Document filed by plaintiffs.(kkc, ) (Entered: 03/01/2004) |
| | | |

| | | terms.?(2)?The full amount of all payments under the settlement agreement is counted against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act and applicable to United Air Lines, Inc., UAL Corporation and Huntleigh USA Corporation.?(3)?Final judgment in accordance with the terms of the settlement agreement is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.?(4)?The Complaint in Lewin v. AMR Corp., et al., 03 Civ. 6726 (AKH) is dismissed with prejudice as to all defendants. (Signed by J. Michael McMahon, clerk on 1/24/06) (ml, ) (Entered: 01/24/2006) |
| 01/24/2006 | 737 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated January 13, 2006: ?(1)?The settlement agreement is approved and the parties are directed to effectuate the settlement in accordance with its terms.?(2)?The full amount of all payments under the settlement agreement is counted against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act and applicable to United Air Lines, Inc., UAL Corporation and Huntleigh USA Corporation.?(3)?Final judgment in accordance with the terms of the settlement agreement is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.?(4)?The Complaint in Salvo v. AMR Corp., et al., 02 Civ. 7267 (AKH) is dismissed with prejudice as to all defendants. (Signed by J. Michael McMahon, clerk on 1/24/06) (ml, ) (Entered: 01/24/2006) |
| 01/24/2006 | | NOTICE OF CHANGE OF ADDRESS by Gary W. Westerberg on behalf of Globe Aviation Services Corp.. New Address: Lord Bissell & Brook LLP, 111 South Wacker Drive, Chicago, Illinois, USA 60606-4410, (312) 443-0245. Entered as Doc. No. 69 in 21MC101. (rjm, ) (Entered: 02/02/2006) |
| 01/25/2006 | | NOTICE of Substitution of Attorney. Peter J. Gallagher for Defendant Leslie E. Robertson Associates. Document filed by Leslie E. Robertson Associates. Attorney Robert S. Appel terminated. Entered as Doc. #66 in 21MC101. (rjm, ) (Entered: 01/26/2006) |
| 01/27/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Status Conference held on 1/27/06. (kco, ) (Entered: 02/01/2006) |
| 02/02/2006 | 738 | TRANSCRIPT of proceedings held on 1/27/06, 1:00pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 02/02/2006) |
| 02/21/2006 | 739 | ENDORSED LETTER addressed to Marc S. Moller, Barry T. Desmond Jr. from Joseph F. Rice dated 2/17/2006, re: deposition discovery. ENDORSEMENT: all discovery may not be held except in consolidation with liaison counsel. (Signed by Judge Alvin K. Hellerstein on 2/21/2006) (kkc, ) (Entered: 02/22/2006) |
| 03/01/2006 | 740 | TRANSCRIPT of proceedings held on 1/27/06, 1:00pm. before Judge Alvin K. Hellerstein. (rjm, ) (Entered: 03/01/2006) |
| 03/03/2006 | 741 | CASE MANAGEMENT ORDER regarding the establishment of a structure for the efficient prosecution of the underlying actions in the |

| | | |
|---|---|---|
| | | captioned litigation and to handle the actions involving World Trade Center 7 Ground Defendants with a separate discovery procedure within 21MC101(AKH) and to schedule the filing of pleadings, discovery and other matters in the actions involving World Trade Center 7 Ground Defendants.,... and as further set forth in said order regarding WTC Ground Litigation, Aviation Defendants Discovery, WTC 7 Ground Defendants' Liaison Counsel, Schedule & Other Matters. Entered as Doc. #74 in 21MC101. This Document also relates to 02cv7188, 02cv7328 & 04cv7272. (Signed by Judge Alvin K. Hellerstein on 3/2/06) (rjm, ) (Entered: 03/06/2006) |
| 03/03/2006 | | MEMORANDUM TO THE DOCKET CLERK: Status Conference was held on 3/3/06 before J. Hellerstein. Submitted by B. Jones. (rjm, ) (Entered: 03/09/2006) |
| 03/10/2006 | 743 | ORDER WITH NOTICE of Entry of Stipulation [a true copy of which has been duly entered in the office of the Clerk of the US Bankruptcy Court, SDNY on 2/9/06; Chapter 11 Case No. 05-17923(ASH)] Modifying Automatic Stay between Debtors and all claimants who have brought causes of action against debtors in the consolidated litigation arising out of the Terrorist Attacks on 9/11/01, which litigation is pending in the USDC, SDNY under caption: In Re: September 11, 2001 Litigation, Civil Action No. 21MC97(AKH). Document filed by Delta Air Lines, Inc. This Document relates to 21MC101. (rjm, ) (Entered: 03/14/2006) |
| 03/31/2006 | 744 | MEMORANDUM AND OPINION # 92941 REGULATING TESTIMONY AT DEPOSITIONS WHEN ANSWERS MIGHT CONTAIN SSI. Through express acknowledgement by Congress, those who sustained injuries as a result of the 9/11 attacks have the right to seek compensation for their injuries in this Court. Litigation by its very nature bears a high degree of risk. Cases do not always survive to have their day in court and may be subject to dismissal on any number of procedural or substantive grounds. By opting out of the Victim Compensation Fund, the litigants currently before me have necessarily assumed the risks inherent in litigation... The court wishes all to understand that at this time, four-and-a- half years after the terrible events of 9/11/01, that the parties progress to their day in court. As the Special Master brought a final conclusion to those who entered the Victim Compensation Fund, so is the court required to bring a final conclusion to the matters before it. Without such final conclusions, the wounds so grievously opended on that infamous day cannot be bound up. This Document relates to 21-101. (Signed by Judge Alvin K. Hellerstein on 3/31/06) Filed In Associated Cases: 1:21-mc-00097-AKH-THK,1:03-cv-06925-AKH(rjm, ) (Entered: 03/31/2006) |
| 03/31/2006 | 745 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Beth D. Jacob dated 3/29/06 re: Granted request to liaison counsel for the World Trade Center 7 Ground Defts. for resecheduling of conference set in its order of 3/23/06, from 4/4/06 to 4/7/06... "The conference is adjourned to April 7, 2006 at 2:15pm. Ms. Jacob shall advise all |

| | | |
|---|---|---|
| | | interested parties." Pretrial Conference set for 4/7/2006 02:15 PM before Judge Alvin K. Hellerstein. This Document relates to 21MC101, 02-7188, 02-7328 & 04-7272. (Signed by Judge Alvin K. Hellerstein on 3/29/06) Filed In Associated Cases: 1:21-mc-00097-AKH-THK,1:03-cv-06925-AKH(rjm, ) Modified on 4/3/2006 (rjm, ). Modified on 4/3/2006 (rjm, ). (Entered: 04/03/2006) |
| 04/06/2006 | 746 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein III from Marc S. Moller dated 3/31/06 re: "The Court accepts this as a supplementary submission in relation to my order issued today, and order it to be filed, along with any objections or additional supplementary comments filed within five business days." This Document relates to 21mc101. (Signed by Judge Alvin K. Hellerstein on 3/31/06) (rjm, ). (Entered: 04/07/2006) |
| 04/11/2006 | 747 | STIPULATION AND ORDER REGARDING SETTLEMENTS... It is hereby stipulated & agreed among the PD/BL Ptffs' Executive Committee, the PI/WD Ptffs' Executive Committee, the Ground Defts' Executive Committee, the WTCP/PANYNJ Cross-Claim Ptffs and the Aviation Defts' Executive Committee in 21MC97(AKH) and 21MC101 (AKH), by and through the undersigned counsel & Liaison Counsel, and subject to Court approval, that: The Aviation Defts' Liaison Counsel will provide a Statement to the PD/BL Ptffs' Liaison Counsel, the Ground Defts' Liaison Counsel and counsel for the WTCP/PANYNJ Cross-Claim Ptffs in the form attached as Exhibit "A" within five days of the entry of this Order setting forth the information called for by Exhibit "A" for Settled Cases in which an order approving settlement has been entered. Also subject matter regarding: The Aviation Defts' Liaison Counsels' updates re: Settlement Statement... Procedure to be followed for each settling plaintiff Re: service of all Settlement Evaluation Materials... PD/BL Ptffs' Liaison Counsel and Ground Defts' Liaison counsels' responsibility in distributing updated Settlement Statements... and as further set forth in said stipulation and order. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 4/10/06) (rjm, ) (Entered: 04/12/2006) |
| 04/12/2006 | 748 | NOTICE OF MOTION for Sanctions due to Conduct of Defendant Huntleigh U.S.A. Corporation. This Document relates to 02-1727, 02-2802 and 03-7083. (rjm, ) (Entered: 04/24/2006) |
| 04/12/2006 | 749 | MEMORANDUM OF LAW in Support re: [748] MOTION for Sanctions due to Conduct of Defendant Huntleigh U.S.A. Corporation. This Document relates to 02-1727, 02-2802 and 03-7083. (rjm, ) (Entered: 04/24/2006) |
| 04/14/2006 | 750 | RESPONSE in Opposition re: [748] MOTION for Sanctions due to Conduct of Defendant Huntleigh U.S.A. Corporation. This Document relates to 02-1727, 02-2802 and 03-7083. Document filed by Huntleigh USA Corporation. (rjm, ) (Entered: 04/24/2006) |
| 04/19/2006 | 760 | NOTICE of Adoption of Master Answers of Defendant The Port Authority of New York and New Jersey to Plaintiffs' Flight 175 |

| | | |
|---|---|---|
| | | Amended Master Liability Complaint and to Plaintiffs' Flight 11 Amended Master Liability Complaint (copies of which are attached). Document filed by World Trade Center Properties, L.L.C. This Document relates to 04-9627. (rjm, ) Modified on 4/28/2006 (rjm, ). (Entered: 04/28/2006) |
| 04/24/2006 | 751 | STIPULATION AND ORDER... that any further briefing or hearing on the Motions to approve Settled Cases is waived and the attached 3/31/06 Orders in the Settled Cases shall be docketed by the Clerk of the Court. Any claim that any insurer or insured may have against any party to this Stipulation & Order for consenting to or not objecting to and opposing the Settlements on any grounds is hereby extinguished. This Document relates to 21MC97 and 21MC101. (Signed by Judge Alvin K. Hellerstein on 4/24/06) (rjm, ) (Entered: 04/24/2006) |
| 04/25/2006 | 753 | SIGNED PROPOSED ORDER (This Order relates to 02cv7224(AKH)). The Settlement Agreement is hereby approved and the parties are directed to effectuate the settlement in accordance with its terms. The full amount of all payments under the settlement agreement shall count against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act and applicable to American Airlines, Inc., AMR Corporation and Globe Aviation Services Corporation. Final judgment in accordance with the terms of the settlement agreement shall be entered purs. to Rule 54(b) of the Federal Rules of Civil Procedure. The Complaint in 02cv7224(AKH) is hereby dismissed with prejudice as to all defendants. This Document relates to 21MC101 and 02cv7224. (Signed by Judge Alvin K. Hellerstein on 3/31/06) (rjm, ) (Entered: 04/26/2006) |
| 04/25/2006 | 754 | SIGNED PROPOSED ORDER (This Order relates to 03cv7028(AKH)). The Settlement Agreement is hereby approved and the parties are directed to effectuate the settlement in accordance with its terms. The full amount of all payments under the settlement agreement shall count against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act and applicable to United Air Lines, Inc., UAL Corporation and Huntleigh USA Corporation. Final judgment in accordance with the terms of the settlement agreement shall be entered purs. to Rule 54(b) of the Federal Rules of Civil Procedure. The Complaint in 03cv7028(AKH) is hereby dismissed with prejudice as to all defendants. This Document relates to 21MC101 and 03cv7028. (Signed by Judge Alvin K. Hellerstein on 3/31/06) (rjm, ) (Entered: 04/26/2006) |
| 04/25/2006 | 755 | SIGNED PROPOSED ORDER (This Order relates to 04cv1809(AKH)). The Settlement Agreement is hereby approved and the parties are directed to effectuate the settlement in accordance with its terms. The full amount of all payments under the settlement agreement shall count against the limits on liability established by Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act and applicable to United Air Lines, Inc., UAL Corporation and Huntleigh USA Corporation. Final judgment in accordance with the terms of the |

| | | settlement agreement shall be entered purs. to Rule 54(b) of the Federal Rules of Civil Procedure. The Complaint in 04cv1809(AKH) is hereby dismissed with prejudice as to all defendants. This Document relates to 21MC101 and 04cv1809. (Signed by Judge Alvin K. Hellerstein on 3/31/06) (rjm, ) (Entered: 04/26/2006) |
|---|---|---|
| 04/25/2006 | 763 | ORDER (endorsement on chambers copy of motion doc. #748) denying [748] Motion for Sanctions. "The Court disapproves of motions attacking the bona fides of adverse parties or counsel during mediation. In order to be successful, mediation requires good will of both sides, and faith and trust in the good-will of all involved in the process, along with a willingness to compromise. Motions such as this do not further this process." This Document relates to 02-1727, 02-2802 and 03-7083. (Signed by Judge Alvin K. Hellerstein on 4/24/06) (rjm, ) (Entered: 05/04/2006) |
| 04/28/2006 | 761 | TRANSCRIPT of proceedings held on 4/6/06, 11:00am. before Judge Alvin K. Hellerstein. This Document relates to 21MC100 and 21MC102. (rjm, ) (Entered: 05/01/2006) |
| 05/02/2006 | 762 | ORDER DENYING MOTION FOR RECONSIDERATION... TSA's motion to vacate the March 31 Opinion is denied. I also deny TSA's motion for an additional stay. These depositions have been discussed since November 2005, and earlier. TSA was given ample notice of the depositions that were scheduled to begin the first week of April 2006. It knew, from letters filed 3/9/06, that a ruling ordering those depositions to proceed was contemplated. My March 31 Opinion postponed the depositions another 30 days, to begin May 1, 2006, to give TSA time to pursue appellate remedies. TSA has delayed long enough. Its remedy, if any, should come from an appellate court, not from me. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 5/2/06) (rjm, ) (Entered: 05/03/2006) |
| 05/05/2006 | 766 | JUDGMENT that there is no just reason for delay pursuant to FRCP 54 (b), settling the action as to 04 CV 1809 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on March 31, 2006. (Signed by Judge Alvin K. Hellerstein on 5/4/06) (ml, ) (Entered: 05/05/2006) |
| 05/05/2006 | 767 | JUDGMENT that there is no just reason for delay pursuant to FRCP 54 (b), settling the action as to 03 CV 7028 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on March 31, 2006. (Signed by Judge Alvin K. Hellerstein on 5/4/06) (ml, ) (Entered: 05/05/2006) |
| 05/05/2006 | 768 | JUDGMENT that there is no just reason for delay pursuant to FRCP 54 (b), settling the action as to 02 CV 7224 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on March 31, 2006. (Signed by Judge Alvin K. Hellerstein on 5/4/06) (ml, ) (Entered: 05/05/2006) |
| 05/05/2006 | 769 | JUDGMENT that there is no just reason for delay pursuant to FRCP 54 |

| | | |
|---|---|---|
| | | (b), settling the action as to 03 CV 6206 (AKH), 03 CV 6789 (AKH), and 03 CV 6908 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on February 22, 2006. (Signed by Judge Alvin K. Hellerstein on 5/4/06) (ml, ) Modified on 5/5/2006 (ml, ). (Entered: 05/05/2006) |
| 05/05/2006 | 770 | JUDGMENT that there is no just reason for delay pursuant to FRCP 54 (b), settling the action as to 03 CV 6104 (AKH), 03 CV 6780 (AKH), and 03 CV 6911 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on April 27, 2006 (Orig. filed in case no 21 MC 97 as doc. #770). (Signed by Judge Alvin K. Hellerstein on 5/4/06) (ml, ) (Entered: 05/05/2006) |
| 05/05/2006 | 771 | AMENDED ORDER DENYING MOTION FOR RECONSIDERATION that as stated on this Amended Order, the Transportation Security Administration's request for reconsideration of the 3/31/06 Opinion & Order, request to vacate the Opinion or, in the alternative, grant a stay pending consideration regarding appeal is denied as is TSA's motion for an additional stay. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 5/5/06) (rjm, ) (Entered: 05/08/2006) |
| 05/08/2006 | 774 | Plaintiffs' REPLY to Defendant's Response to Motion for Sanctions due to Conduct of Defendant Huntleigh USA Corporation. This Document relates to 02-1727, 02-2802, 03-7083. Document filed by Michael Sweeney, Margaret M. Nassaney, Julie Sweeney, Maria Koutny. (rjm, ) (Entered: 05/11/2006) |
| 05/08/2006 | 775 | PROPOSED JOINT DISCOVERY PLAN... Regarding the procedures to be followed that shall govern the handling of The joint Discovery Plan. This Document relates to 04-01359, 03-9965, 04-6788, 04-6789, 04-7914, 03-10203, (Signed by Judge Alvin K. Hellerstein on 4/24/06) (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 772 | AMENDED FINAL JUDGMENT amending [770] Judgment, that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 03 CV 6104 (AKH), 03 CV 6780 (AKH), and 03 CV 6911 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on April 26, 2006. (Signed by Judge Alvin K. Hellerstein on 5/5/06) (ml, ) (Entered: 05/09/2006) |
| 05/09/2006 | 773 | AMENDED STIPULATION AND ORDER (This Document Relates to 21MC101). It is hereby stipulated and agreed between the attorneys for the Settling Defts., th PD/BL Ptffs' Executive Committee, the Ground Defts' Executive Committee, the WTCP/PANY Cross-Claim Ptffs. and the Aviation Defts' Executive Committee in 21MC97 and 101 (AKH), by and through the undersigned counsel, and subject to Court approval, that: After three business days from the date of this Stipulation, the Court may decide the Motion without further briefing or hearing. In deciding the Motion, the Court shal extinguish any claim that any insurer or insured |

| | | |
|---|---|---|
| | | may have against any party to this Stipulation for consenting to or not objecting to and opposing the Settlements on any grounds. (Signed by Judge Alvin K. Hellerstein on 5/9/06) This Document relates to 21MC101.(rjm, ) (Entered: 05/09/2006) |
| 05/09/2006 | 776 | NOTICE OF MOTION to Approve Settlements., MOTION to Dismiss Complaints with prejudice, MOTION for Entry of Final Judgment., MOTION ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts. Document filed by AMR Corporation, American Airlines, Inc., UAL Corporation, United Airlines, Inc.,, Argenbright Security, Inc. Proposed Order of Final Judgment attached for each individual civil case. This Document relates to 02-7146, 02-7148, 02-0452, 03-6944, 02-6362, 02-7258. (rjm, ) Modified on 5/11/2006 (rjm, ). (Entered: 05/11/2006) |
| 05/09/2006 | 777 | MEMORANDUM OF LAW in Support re: [776] NOTICE OF MOTION to Approve Settlements., MOTION to Dismiss Complaints with prejudice, MOTION for Entry of Final Judgment., MOTION ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts. Document filed by AMR Corporation, American Airlines, Inc., UAL Corporation, United Airlines, Inc.,, Argenbright Security, Inc.This Document relates to 02-7146, 02-7148, 02-0452, 03-6944, 02-6362, 02-7258. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 778 | DECLARATION of Desmond T. Barry, Jr. in Support re: [776] NOTICE OF MOTION to Approve Settlements., MOTION to Dismiss Complaints with prejudice, MOTION for Entry of Final Judgment., MOTION ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts. Document filed by AMR Corporation, American Airlines, Inc., UAL Corporation, United Airlines, Inc., Argenbright Security, Inc. This Document relates to 02-7146, 02-7148, 02-0452, 03-6944, 02-6362, 02-7258. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 779 | NOTICE OF MOTION for an Order Regulating Deposition Procedures under the Court's 3/31/06 Opinion & Order. Document filed by AMR Corporation, American Airlines, Inc., Colgan Air, Inc.,, US Airways Group, Inc., US Airways, Inc.,, Huntleigh USA Corporation, Globe Aviation Services Corp., Massachusetts Port Authority, Metropolitan Washington Airport Authority, Globe Airport Security Service, Inc., Continental Airlines, Inc., Airtran Airlines, Argenbright Security, Inc., Delta Air Lines, Inc., Boeing Co. This Document relates to 21MC101. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 780 | MEMORANDUM OF LAW in Support of Aviation Defendants' [779] MOTION for an Order Regulating Deposition Procedures under the Court's 3/31/06 Opinion & Order. Document filed by AMR Corporation, American Airlines, Inc., Colgan Air, Inc.,, US Airways Group, Inc., US Airways, Inc.,, Huntleigh USA Corporation, Globe Aviation Services Corp., Massachusetts Port Authority, Metropolitan Washington Airport |

| | | |
|---|---|---|
| | | Authority, Globe Airport Security Service, Inc., Continental Airlines, Inc., Airtran Airlines, Argenbright Security, Inc., Delta Air Lines, Inc., Boeing Co. This Document relates to 21MC101, 02-7271, 03-6804, 03-2004. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 781 | DECLARATION of Desmond T. Barry, Jr. in Support re: [779] MOTION for an Order Regulating Deposition Procedures under the Court's 3/31/06 Opinion & Order. Document filed by AMR Corporation, American Airlines, Inc., Colgan Air, Inc.,, US Airways Group, Inc., US Airways, Inc.,, Huntleigh USA Corporation, Globe Aviation Services Corp., Massachusetts Port Authority, Metropolitan Washington Airport Authority, Globe Airport Security Service, Inc., Continental Airlines, Inc., Airtran Airlines, Argenbright Security, Inc., Delta Air Lines, Inc., Boeing Co.This Document relates to 21MC101. Filed In Associated Cases: 1:21-mc-00097-AKH-THK,1:03-cv-06925-AKH(rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 782 | NOTICE OF MOTION for Entry of Final Judgment., MOTION to Dismiss Complaints with prejudice., MOTION Approving Settlements., MOTION for Order ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts. Document filed by AMR Corporation, American Airlines, Inc., Globe Aviation Services Corp. Proposed order of Final Judgment for each individual civil case attached. This Document relates to 21MC101, 02-7271, 03-6804, 03-2004. (rjm, ) Modified on 5/11/2006 (rjm, ). (Entered: 05/11/2006) |
| 05/09/2006 | 783 | MEMORANDUM OF LAW in Support re: [782] NOTICE OF MOTION for Entry of Final Judgment., MOTION to Dismiss Complaints with prejudice., MOTION Approving Settlements., MOTION for Order ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts. Document filed by AMR Corporation, American Airlines, Inc., Globe Aviation Services Corp. This Document relates to 21MC101, 02-7271, 03-6804, 03-2004. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 784 | DECLARATION of Desmond T. Barry, Jr. in Support re: [782] NOTICE OF MOTION for Entry of Final Judgment., MOTION to Dismiss Complaints with prejudice., MOTION Approving Settlements., MOTION for Order ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to Settlement Amounts.Document filed by AMR Corporation, American Airlines, Inc., Globe Aviation Services Corp. This Document relates to 21MC101, 02-7271, 03-6804, 03-2004. (rjm, ) (Entered: 05/11/2006) |
| 05/09/2006 | 832 | NOTICE OF MOTION for Samuel J. Rosenthal to Appear Pro Hac Vice.This Document relates to 04-1350, 03-9965, 04-6788, 04-6789, 04-7914 and 03-10203. (rjm, ) (Entered: 06/15/2006) |
| 05/16/2006 | 785 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 02 Civ. 7146 (AKH) with prejudice as to all |

| | | defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
|---|---|---|
| 05/16/2006 | 786 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 02 Civ. 0452 (AKH) with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
| 05/16/2006 | 787 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 02 Civ. 7148 (AKH) with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
| 05/16/2006 | 788 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 03 Civ. 6944 (AKH) with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
| 05/16/2006 | 789 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 02 Civ. 6362 (AKH) with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
| 05/16/2006 | 790 | JUDGMENT approving the settlement pursuant to FRCP 54(b) and dismissing the complaint, 02 Civ. 7258 AKH) with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 5/10/06) (ml, ) (Entered: 05/16/2006) |
| 05/16/2006 | 791 | MEMORANDUM AND ORDER REGULATING DEPOSITION PROTOCOL AND SUPPLEMENTING ORDERS OF MARCH 31 AND MAY 5, 2006. The Depositions in the wrongful death and personal injury cases consolidated under master docket 21MC97, previously noticed by plaintiffs to begin May 1, 2006 are adjourned to begin 6/12/2006, 10:00am. and to continue day to day thereafter until concluded... and as further set forth regarding the procedures to be followed regulating deposition protocol and supplementing orders of March 31 and May 5, 2006. (Signed by Judge Alvin K. Hellerstein on 5/16/06) This Document relates to 21MC101.(rjm, ) (Entered: 05/17/2006) |
| 05/17/2006 | 792 | AMENDED ORDER OF FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 02 CV 7224 (AKH)and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on March 31, 2006,. (Signed by Judge Alvin K. Hellerstein on 5/9/06) (ml, ) (Entered: 05/17/2006) |
| 05/17/2006 | 793 | AMENDED ORDER OF FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 04 CV 1809 (AKH) and dismissing the case with prejudice and without costs and that this order is effective nunc pro tunc to the date of approval of the settlement on March 31, 2006. (Signed by Judge Alvin K. Hellerstein on 5/9/06) (ml, ) (Entered: 05/17/2006) |

| 05/18/2006 | 800 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Richard A. Williamson dated 5/17/06 re: "Motion for reconsideration denied for the reasons stated at the conference held 5/12/06. Remedial measures are available to the parties and the Court to avoid and/or mitigate any prejudice to the complaining parties." This Document relates to 21MC100. (Signed by Judge Alvin K. Hellerstein on 5/18/06) (rjm, ) Modified on 5/19/2006 (rjm, ).Document kept in file folder for Case No. 21MC97. Modified on 6/1/2006 (rjm, ). (Entered: 05/19/2006) |
| --- | --- | --- |
| 05/18/2006 | 810 | NOTICE OF MOTION to Approve Settlements, dated 5/2/06 settling claims asserted in 02-7179, and approving agreement entered into by plaintiff Dianne M. Walsh and certain defendants dated 5/4/06 settling claims asserted in 03-7032., MOTION for Judgment purs. to Rule 54(b) of the FRCP., MOTION for ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety System Stabilization Act applies to Settlement Amounts., MOTION to Dismiss the Complaints with prejudice. Document filed by AMR Corporation, American Airlines, Inc., Globe Aviation Services Corp. This Document relates to 21MC101, 02-7179 and 03-7032. (rjm, ) (Entered: 05/25/2006) |
| 05/18/2006 | 811 | MEMORANDUM OF LAW in Support re: [810] MOTION to Approve Settlements, dated 5/2/06. settling claims asserted in 02-7179, and approving agreement entered into by plaintiff Dianne M. Walsh and certain defendants dated 5/4/06 settling claims asserted in 03-7032. MOTION for Judgment. MOTION Ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety System Stabilization Act applies to Settlement Amounts. MOTION to Dismiss. Document filed by AMR Corporation, American Airlines, Inc., Globe Aviation Services Corp. This Document relates to 21MC101, 02-7179 and 03-7032. Filed In Associated Cases: 1:21-mc-00097-AKH-THK,1:03-cv-06925-AKH(rjm, ) (Entered: 05/25/2006) |
| 05/18/2006 | 812 | DECLARATION of Desmond T. Barry, Jr. in Support re: [810] MOTION to Approve Settlements, dated 5/2/06. settling claims asserted in 02-7179, and approving agreement entered into by plaintiff Dianne M. Walsh and certain defendants dated 5/4/06 settling claims asserted in 03-7032. MOTION for Judgment. MOTION Ruling that the Liability Limitation contained in Section 408(a)(1) of the Air Transportation Safety System Stabilization Act applies to Settlement Amounts. MOTION to Dismiss. This Document relates to 21MC101, 02-7179 and 03-7032. Document filed by AMR Corporation, American Airlines, Inc. (rjm, ) (Entered: 05/25/2006) |
| 05/19/2006 | 801 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Robert A. Clifford dated 5/16/06 re: "The Order endorsed on the motion of Flemming Zulack dated 5/17/06 is also ordered to this motion." This Document relates to 21MC101.(Signed by Judge Alvin K. Hellerstein on 5/18/06) (rjm, ). Document kept in file folder for Case No. 21MC97. Modified on 5/19/2006 (rjm, ). Modified on 6/1/2006 (rjm, ). (Entered: 05/19/2006) |
| 05/19/2006 | 802 | FINAL JUDGMENT settling action pursuant to Fed. R. Civ. P. 54(b) as |

|  |  |  | to case no. 03 Civ. 2004 (AKH). (Signed by Judge Alvin K. Hellerstein on 5/19/06) (Attachments: # 1 Notice of Right to Appeal)(ml, ) (Entered: 05/22/2006) |
| --- | --- | --- | --- |
| 05/19/2006 | 803 | | FINAL JUDGMENT settling action pursuant to Fed. R. Civ. P. 54(b) as to case no. 03 Civ. 6804 (AKH). (Signed by Judge Alvin K. Hellerstein on 5/19/06) (Attachments: # 1 Notice of Right to Appeal)(ml, ) (Entered: 05/22/2006) |
| 05/19/2006 | 804 | | FINAL JUDGMENT settling action pursuant to Fed. R. Civ. P. 54(b) as to case no. 02 Civ. 7271 (AKH). (Signed by Judge Alvin K. Hellerstein on 5/19/06) (Attachments: # 1 Notice of Right to Appeal)(ml, ) (Entered: 05/22/2006) |
| 05/22/2006 | 813 | | DEFENDANT THE BOEING COMPANY'S NOTICE OF ADOPTION OF ANSWERS. Defendant The Boeing Co. hereby adopts Deft. The Boeing Co's. Answer to the Plaintiffs' Amended Flight 11 Master Liability Complaint and Deft. The Boeing Co's. Answer to the Plaintiffs' Amended Flight 175 Master Liability Complaint as its answer to the Complaint filed in the captioned action 04-9627. Document filed by Boeing Co. This Document relates to 04-9627. (rjm, ) (Entered: 05/25/2006) |
| 05/25/2006 | 824 | | DECLARATION of Morgan Zam in Support of defendants motion for an Order: approving the settlement; entering final judgment purs. to Rule 54 (b) of the FRCP; Ruling that the liability limitation contained in Section 408(a)(1) of the Air Transportation Safety & System Stabilization Act applies to settlement amount; and, dismissing the Complaint with prejudice as to all defendants. This Document relates to 21MC101 and 03cv10261. Document filed by AMR Corporation, American Airlines, Inc. (rjm, ) (Entered: 06/12/2006) |
| 05/26/2006 | 814 | | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Floyd A. Wisner dated 5/16/06 re: The Notice of Motion may be filed. (Signed by Judge Alvin K. Hellerstein on 5/24/06) This Document Relates to: 02cv7267.(sac, ) (Entered: 05/26/2006) |
| 05/26/2006 | 815 | | STIPULATION OF DISMISSAL WITHOUT PREJUDICE; that Defendants American Airlines, Inc. and AMR Corporation are hereby dismissed without prejudice and without costs to either party as against the other in the followings individual actions consolidated in the In re September 11 Litigation (21MC97): 02cv2802, 02cv458, 02cv1727, 02cv7153, 02cv7154, 02cv6365, 03cv6802, 03cv6811, 03cv6801, 03cv7083, 03cv7084, 02cv456, 02cv6186, 03cv7073, 02cv7912, 02cv7259, 02cv7260, 02cv7261, 02cv7262, 02cv7608, 03cv6104, 03cv6206, 03cv6805. (Signed by Judge Alvin K. Hellerstein on 5/24/06) (sac, ) (Entered: 05/26/2006) |
| 05/26/2006 | 816 | | ORDER. The deadline for defendants to serve cross-claims and third-party claims is extended to December 1, 2006. Where a statutory Notice of Claim provision applies, the deadline for defendants to serve such Notice of Claim is extended to ecember 1, 2006, and the deadline to serve |

| | | |
|---|---|---|
| | | cross-claims and third-party claims is extended to December 1, 2006 plus the term of the Notice of Claim period provided in the applicable statute... and as further set forth in said order. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 5/26/06) (rjm, ) Modified on 5/30/2006 (rjm, ). (Entered: 05/30/2006) |
| 05/30/2006 | 817 | ORDER. In order to ensure that the depositions are not subject to any further and unnecessary delay and to apprise the Court of the scope and status of such requests, counsel are directed to provide to the Court copies of the requests submitted to TSA no later than Thursday June 1, 2006 at 2:00pm. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 5/30/06) (rjm, ) (Entered: 05/31/2006) |
| 05/31/2006 | 820 | STIPULATION AND ORDER OF DISMISSAL that defendant Delta Air Lines, Inc. incorrectly s/h/a Delta Airlines, Inc. and Delta Express, Inc., is hereby dismissed without prejudice... without costs to either party as against the other in the following individual actions consolidated in the In Re September 11 Litigation (21MC97): FLIGHT 175. 03-6802, 02-6364, 02-7154, 03-7066, 02-7122, 02-7176, 03-6811, 03-6801, 02-7153, 02-2802, 02-0458, 03-7083, 03-6940, 02-7152, 03-7084, 02-1727, and 02-6365. Plaintiffs specifically reserve the right to recommence these actions if the statements in the Affidavit of James Dykes submitted on behalf of Delta proves untrue. This Document relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 5/25/06) (rjm, ) (Entered: 06/07/2006) |
| 06/02/2006 | 821 | STIPULATION AND ORDER OF DISMISSAL that defendants US Airways, Inc. and US Airways Group, Inc. ("US Airways") are hereby dismissed without prejudice... without costs to either party as against the other in the following individual actions consolidated in the In Re September 11 Litigation (21MC97): 02-6186, 03-7073, 02-7608, 02-7912, 02-7260, 02-0456, 02-7262, 02-1728, 03-6805, 02-7259, 02-7261, 03-6802, 02-7154, 02-7153, 03-6811, 03-6801, 02-0458, 03-7083, 02-2802, 03-7084, 02-1727, 02-6365, 02-6364. Plaintiffs specifically reserve the right to recommence these actions if the statements in the Affidavit of Eugene Pereira and Richard J. Wirth submitted on behalf of US Airways are proven untrue. This document relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 5/30/06) (rjm, ) (Entered: 06/07/2006) |
| 06/02/2006 | 822 | STIPULATION AND ORDER OF DISMISSAL that defendant Continental Airlines, Inc. ("Continental") is hereby dismissed without prejudice... without costs to either party as against the other in the following individual actions consolidated in the In Re September 11 Litigation (21MC97): 03-6802, 02-7154, 02-7153, 03-6811, 03-6801, 02-0458, 03-7083, 02-2802, 03-7084, 02-1727, 02-6365, 02-6364, 02-3676, 02-8918, 03-7076, 03-6809, 02-8916, 02-7156, 03-6803, 02-7155, 03-7040, 03-7022, 03cv7070, 03-7071, 02-7144, 02-6186, 03-7073, 02-7608, 02-7912, 02-7260, 02-0456, 02-7262, 02-1728, 03-6805, 02-7259, 02-7261. This Document relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 5/31/06) Filed In Associated Cases: 1:21-mc-00097-AKH-THK,1:03-cv-06925-AKH(rjm, ) (Entered: 06/07/2006) |
| 06/05/2006 | 818 | ORDER that all parties show cause before me on 6/8/06, 4pm. why the |

| | | |
|---|---|---|
| | | list of attorneys seeking to attend the depositions and receive clearance from TSA cannot be radically limited. The Court has these preliminary views as further set forth in said Order. This Document relates to 21MC101. Original document in 21MC97. (Signed by Judge Alvin K. Hellerstein on 6/5/06) (rjm, ) Modified on 6/5/2006 (rjm, ). Modified on 6/5/2006 (rjm, ). (Entered: 06/05/2006) |
| 06/08/2006 | 825 | NOTICE OF MOTION for Mack H. Shultz, Jr. to Appear Pro Hac Vice. Document filed by The Boeing Company. This Document relates to All Cases. Also relates to 21MC101. (rjm, ) (Entered: 06/12/2006) |
| 06/12/2006 | 826 | ORDER That the Port Authority is permitted to loan a section of the former media antenna that once stood atop of One World Trade Center to the Freedom Forum Inc., contained in the Port Authority's WTC Artifacts Inventory Archive, and it is Ordered, that the loan and the Freedon Forum Inc.'s possession of the former media antenna, will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said media antenna upon ten days notice to the Freedom Forum Inc. and the Port Authority. Entered as Doc. No. 481 in 21MC100. Also relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 6/9/06) (rjm, ) (Entered: 06/12/2006) |
| 06/13/2006 | 827 | FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 02 CV 7179 (AKH)and dismissing the case with prejudice and without costs. (Signed by Judge Alvin K. Hellerstein on 6/13/06) (Attachments: # 1 Notice of right to Appeal)(ml, ) Modified on 6/13/2006 (ml, ). (Entered: 06/13/2006) |
| 06/13/2006 | 828 | FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 03 CV 10261 (AKH)and dismissing the case with prejudice and without costs. (Signed by Judge Alvin K. Hellerstein on 6/12/06) (Attachments: # 1 Notice of right to appeal)(ml, ) (Entered: 06/13/2006) |
| 06/13/2006 | 829 | FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 03 CV 7032 (AKH)and dismissing the case with prejudice and without costs. (Signed by Judge Alvin K. Hellerstein on 6/12/06) (Attachments: # 1 Notice of right to appeal)(ml, ) (Entered: 06/13/2006) |
| 06/13/2006 | 830 | ORDER that the Port Authority is permitted to loan a section of steel an artifact The World Trade Center, labeled J-0002, to the Tribute Center, 120 Liberty Street, New York, New York, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further ordered, that the loan and the Tribute Center's possession of a certain WTC Artifact, a section of steel labeled J-0002 will be subject to the right of any party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the Tribute Center and the Port Authority. This Document relates to 21MC100 and 21MC101. (Signed by Judge Alvin K. Hellerstein on 6/13/06) (rjm, ) (Entered: 06/14/2006) |
| | | |

| 06/14/2006 | 831 | ORDER that each security company be permitted to seek clearance for one attorney, for a total of three attorneys' and that such cleared attorneys be allowed to attend all depositions. This Document relates to 21MC101. (Signed by Judge Alvin K. Hellerstein on 6/13/06) (rjm, ) (Entered: 06/14/2006) |
| --- | --- | --- |
| 06/15/2006 | 833 | FINAL JUDGMENT that there is no just reason for delay pursuant to FRCP 54(b), settling the action as to 02 CV 7048 (AKH)and dismissing the case with prejudice as to all defendants. (Signed by Judge Alvin K. Hellerstein on 6/12/06) (ml, ) (Entered: 06/15/2006) |
| 06/15/2006 | 838 | ORDER DENYING MOTIONS TO DEFINE JURISDICTION... that the motions to confirm jurisdiction and to remand actions to state court are denied pending determination of the various immunity defenses raised by the Defts., and without prejudice to later submission. Prior to such a determination, I continue to exercise jurisdiction over all cases before me. This Document relates to 21MC101 & 21MC102. (Signed by Judge Alvin K. Hellerstein on 6/14/06) (rjm, ) (Entered: 06/15/2006) |
| 06/16/2006 | 839 | ORDER Admitting Mack H. Shultz, Jr. pro hac vice on behalf of The Boeing Company. This Document relates to All Actions and 21MC101. (Signed by Judge Alvin K. Hellerstein on 6/16/06) (rjm, ) (Entered: 06/16/2006) |
| 06/19/2006 | | CASHIERS OFFICE REMARK on 839 Order in the amount of $25.00, paid on 6/19/06, Receipt Number 582541. (rjm, ) (Entered: 06/28/2006) |
| 06/19/2006 | | ENDORSEMENT ORDER granting [832] Motion for Samuel J. Rosenthal to Appear Pro Hac Vice. This Document relates to 04-1350, 03-9965, 04-6788, 04-6789, 04-79124, and 03-10203. (Signed by Judge Alvin K. Hellerstein on 6/19/06) (rjm, ) (Entered: 07/06/2006) |
| 06/21/2006 | 841 | TRANSCRIPT of proceedings held on 6/8/06, 4:30pm. before Judge Alvin K. Hellerstein. This Document relates to 21MC100, 21MC102. (rjm, ) (Entered: 06/21/2006) |
| 06/21/2006 | 845 | STIPULATION OF DISMISSAL that defendant ATA Airlines, Inc. s/h/a American Trans Air, Inc. (Hereinafter "ATA") is hereby dismissed without prejudice... without costs to either party as against the other in the following individual actions consolidated in the In Re September 11 Litigation (21MC97): Flight 175: 03-6802, 02-6364, 02-7154, 03-6811, 03-6801, 02-7153, 02-2802, 02-0458, 03-7083, 02-7152, 03-7084, 02-1727, and 02-6365. This Document relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 6/19/06) (rjm, ) (Entered: 07/06/2006) |
| 06/21/2006 | 846 | STIPULATION OF DISMISSAL that defendant ATA Airlines, Inc. s/h/a American Trans Air, Inc. (Hereinafter "ATA") is hereby dismissed without prejudice... without costs to either party as against the other in the following individual actions consolidated in the In Re September 11 Litigation (21MC97): Flight 11: 02-7290, 02-8918, 03-7076, 03-6809, 02-8916, 02-7156, 02-7155, 03-6803, 03-7040, 02-3676, 03-7022, 03-7070, 03-7071, 02-7144, 03-7032. This Document relates to All Cases. (Signed by Judge Alvin K. Hellerstein on 6/19/06) (rjm, ) (Entered: |