# Exhibit 2

# U.S. District Court
## Eastern District of Virginia High Profile Cases (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00455-ALL

Case title: USA v. Moussaoui
Other court case number(s): None
Magistrate judge case number(s): None

Date Filed: 12/11/01

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2006 | 1884 | ORDER as to Zacarias Moussaoui that the Clerk arrange for counsel either to view the exhibits at the Clerk's office or prepare copies for them, and it is further ORDERED that counsel not include any sealed material in a public filing without leave of court. Signed by Judge Leonie M. Brinkema on 8/28/06. (kcha, ) (Entered: 08/28/2006) |
| 08/23/2006 | 1883 | ORDER granting 1880 Motion to Seal Deft's Trial Exhibits XA001 and XA002 as to Zacarias Moussaoui (1); and it is further ORDERED that deft's exhibits XA001 and XA002 will remain under seal. Signed by Judge Leonie M. Brinkema on 8/23/06. (kcha, ) (Entered: 08/23/2006) |
| 08/22/2006 | 1882 | NOTICE by Zacarias Moussaoui of Filing of Deft's Motion to Seal pursuant to Local Rule 49(E) (kcha, ) (Entered: 08/23/2006) |
| 08/22/2006 | 1881 | Non-Confidential Memorandum by Zacarias Moussaoui re: 1880 MOTION to Seal filed by Zacarias Moussaoui (kcha, ) (Entered: 08/23/2006) |
| 08/22/2006 | 1880 | MOTION by Zacarias Moussaoui to Seal Deft's trial exhibits XA001 and XA002 pursuant to Local Rule 49(E). (kcha, ) (Entered: 08/23/2006) |
| 07/12/2006 | 1879 | JUDGMENT of USCA (certified copy) as to Zacarias Moussaoui re 1803 Notice of Appeal - Interlocutory by Kirell Francis Taylor, In accordance with the written opinion of this court filed this day, the court dismisses the appeal. Leave to proceed on appeal in forma pauperis is denied. A certified copy of this judgment will be provided to the district court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate. (mandate issued) (jwhe) (Entered: 07/12/2006) |
| 06/21/2006 | | Certified and Transmitted Record on Appeal as to Zacarias Moussaoui to U.S. Court of Appeals re 1870 Notice of Appeal, 1860 Notice of Appeal - Final Judgment in 132 Volumes. (Volumes 112 through 132 are Sealed) (kcha, ) (Entered: 06/22/2006) |
| 06/21/2006 | 1877 | ORDER granting 1874 MOTION by Zacarias Moussaoui to Seal document, namely Suggestion of Defense Counsel as to Deft's Incompetence to Plead Guilty and for a Sentence of Death (Docket #1261), pursuant to Local Criminal Rule 49(E). Signed by Judge Leonie M. Brinkema on 4/22/05. |

| | | |
|---|---|---|
| | | (karn, ) (This document was originally filed on 4/22/05) (kcha, ) (Entered: 06/21/2006) |
| 06/21/2006 | 1876 | NOTICE by Zacarias Moussaoui of Filing of Defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) (karn, ) (This document was originally filed on 4/22/05) (kcha, ) (Entered: 06/21/2006) |
| 06/21/2006 | 1875 | Non-Confidential Memorandum by Zacarias Moussaoui accompanying his 1874 MOTION by Zacarias Moussaoui to Seal Pursuant to Local Criminal Rule 49(E) (karn, ) (This document was originally filed on 4/22/05) (kcha, ) (Entered: 06/21/2006) |
| 06/21/2006 | 1874 | MOTION by Zacarias Moussaoui to Seal Pursuant to Local Criminal Rule 49(E). (karn, ) (This document was originally filed on 4/22/05) (kcha, ) (Entered: 06/21/2006) |
| 06/21/2006 | 1873 | ORDER as to Zacarias Moussaoui that four pleadings dated 4/22/05 previously undocketed and uncovered in the file, be docketed with a clear link to the classified seal document (Docket #1261) to which they relate. Signed by Judge Leonie M. Brinkema on 6/21/06. (kcha, ) (Entered: 06/21/2006) |
| 06/20/2006 | 1878 | Opinion of USCA (Copy) decided 6/19/06 as to Kirell Francis Taylor re 1803 Notice of Appeal - Interlocutory, Dismissed. (kcha, ) (Entered: 06/22/2006) |
| 06/20/2006 | 1872 | ORDER as to Zacarias Moussaoui granting 1871 Motion to Unseal 1733 Government's Motion in Limine Regarding Defendant's Mitigation Evidence and 1746 Defendant's Response to 1733 Motion in Limine Regarding Defendant's Mitigation Evidence. It is hereby ORDERED that docket nos. 1733 and 1746 be, and are UNSEALED. Signed by Judge Leonie M. Brinkema on 6/20/06. (jwhe) (Entered: 06/20/2006) |
| 06/19/2006 | 1871 | MOTION to Unseal 1733 Government's Motion in Limine Regarding Defendant's Mitigation Evidence and 1746 Defendant's Response to 1733 Motion in Limine Regarding Defendant's Mitigation Evidence by Zacarias Moussaoui. (jwhe) (Entered: 06/20/2006) |
| 06/15/2006 | 1870 | NOTICE OF APPEAL by USA as to Zacarias Moussaoui of 1770 Order dated 4/7/06 and 1867 Order dated 5/19/06. Copy sent to USCA. Copies sent to parties. (jwhe) (Entered: 06/15/2006) |
| 06/05/2006 | 1869 | ORDER of USCA (copy) as to Zacarias Moussaoui, the court appoints Barbara Lynn Hartung as counsel for appellant on appeal. See 21 U.S.C. 848 (q)(4)(A); 18 U.S.C. 3005. (kcha, ) (Entered: 06/05/2006) |
| 05/24/2006 | 1868 | TRANSCRIPT of Motions Hearing Proceedings as to Zacarias Moussaoui |

| | | |
|---|---|---|
| | | held on May 19, 2006 before Judge Brinkema. Court Reporter: Thomson. (stas) (Entered: 05/24/2006) |
| 05/19/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Motion Hearing as to Zacarias Moussaoui held on 5/19/2006 re 1816 MOTION for Reconsideration of 1770 Order dated 4/7/06 by USA as to Zacarias Moussaoui. USA appeared through: Joseph Sher, John Lonkhuyzen, Beth Goldman, and Sarah Normand. Intervenors appeared through: Kathleen Holmes, Marc Moller, and Ronald Motley. Govt's Motion for Reconsideration - denied. Order to follow. (Court Reporter Thomson.) (kcha, ) (Entered: 05/19/2006) |
| 05/19/2006 | 1867 | For the reasons stated in open court, ORDER denying 1816 Motion for Reconsideration as to Zacarias Moussaoui (1); and it is further ORDERED that the relevance of any particular discovery request made by the intervenors to the government pursuant to this Order must be determined by the district judge presiding over the civil litigation out of which the discovery request arises; and it is further ORDERED that to facilitate prompt discovery, the presiding judge in the particular civil litigationmay modify this Court's protective orders to allow for disclosure to additional qualified attorneys. Signed by Judge Leonie M. Brinkema on 5/19/06. (kcha, ) (Entered: 05/19/2006) |
| 05/17/2006 | | USCA Case Number 06-4494, Case Manager Sarah Carmichael for 1860 Notice of Appeal - Final Judgment filed by Zacarias Moussaoui. (jwhe) (Entered: 05/18/2006) |
| 05/16/2006 | 1866 | TRANSCRIPT of CIPA Proceedings (Bench conference H) as to Zacarias Moussaoui held on 3/28/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 05/17/2006) |
| 05/16/2006 | 1865 | TRANSCRIPT of CIPA Proceedings (Bench conference G) as to Zacarias Moussaoui held on 3/20/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 05/17/2006) |
| 05/16/2006 | 1864 | TRANSCRIPT of CIPA Proceedings (Hearing) as to Zacarias Moussaoui held on 3/9/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 05/17/2006) |
| 05/16/2006 | 1863 | TRANSCRIPT of CIPA Proceedings (Hearing) as to Zacarias Moussaoui held on 3/8/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 05/17/2006) |
| 05/16/2006 | 1862 | TRANSCRIPT of CIPA Proceedings (Bench conference E) as to Zacarias Moussaoui held on 3/8/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) |

| | | (Entered: 05/17/2006) |
|---|---|---|
| 05/16/2006 | 1861 | TRANSCRIPT of CIPA Proceedings (Bench conferences A-D) as to Zacarias Moussaoui held on 3/7/06 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 05/17/2006) |
| 05/12/2006 | 1860 | NOTICE OF APPEAL by Zacarias Moussaoui of 1858 ORDER denying 1857 MOTION by Zacarias Moussaoui to Withdraw Guilty Plea, and 1854 Judgment. Copy sent to USCA. Copy sent to parties. (stas) (Entered: 05/12/2006) |
| 05/10/2006 | 1859 | REPLY MEMORANDUM in Support by USA as to Zacarias Moussaoui of 1816 MOTION for Reconsideration of 1770 Order dated 4/7/06 (jwhe) (Entered: 05/11/2006) |
| 05/08/2006 | 1858 | ORDER denying 1857 MOTION by Zacarias Moussaoui to Withdraw Guilty Plea. Signed by Judge Leonie M. Brinkema on 05/08/06. (stas) (Entered: 05/08/2006) |
| 05/08/2006 | 1857 | MOTION filed together with Affidavit by Zacarias Moussaoui to Withdraw Guilty Plea (kcha, ) (Entered: 05/08/2006) |
| 05/05/2006 | 1856 | RESPONSE in Opposition by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui to 1816 MOTION for Reconsideration of 1770 Order dated 4/7/06 by USA as to Zacarias Moussaoui. (kcha, ) (Entered: 05/08/2006) |
| 05/05/2006 | 1855 | TRANSCRIPT of Sentencing Proceedings as to Zacarias Moussaoui held on 5/4/06 before Judge Brinkema. Court Reporter: Thomson. (kcha, ) (Entered: 05/08/2006) |
| 05/04/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Sentencing held on 5/4/2006 for Zacarias Moussaoui (1), Count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss. USA appeared through: Rob Spencer, David Raskin, and David Novak. Deft appeared w/counsel Alan Yamamoto, Gerald Zerkin, Ed MacMahon, Anne Chapman, and Ken Troccoli. Court adopts factual findings in PSIR. Victims accepted the Court's offer to speak. JUDGMENT: LIFE IMPRISONMENT w/out the possibility of release as to Count 1, to be served consecutively to the terms of imprisonment imposed in Counts 2-6. LIFE IMPRISONMENT w/out the possibility of release as to each of Counts 2-6, all concurrent with each other. 5 Years Supervised Release w/conditions: Cooperate fully w/BICE, deft may not re-enter U.S. w/out permission. Fine/Costs waived. S/A $600.00. Deft has right to appeal sentence w/in 10 days. Deft remanded. (Court Reporter Thomson.) (kcha, ) (Entered: 05/04/2006) |

| 05/04/2006 | 1854 | JUDGMENT as to Zacarias Moussaoui (1), Count(s) 1, 2, 3, 4, 5, 6, Dismissed per Oral Order of this Court upon Filing of a Superseding Indictment on 06/19/2002; Count(s) 1s, 2s, 3s, 4s, 5s, 6s, Dismissed upon Order of this Court upon Filing of a Second Superseding Indictment on 07/16/2002; Count(s) 1ss, Life Imprisonment without the possibility of release, to be served consecutively to the terms of imprisonment imposed in Counts 2-6; Count(s) 2ss, 3ss, 4ss, 5ss, 6ss, Life Imprisonment without the possiblity of release. Signed by Judge Leonie M. Brinkema on 5/4/06. (kcha, ) (Entered: 05/04/2006) |
|---|---|---|
| 05/03/2006 |  | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 5/3/2006. USA appeared through: Rob Spencer, David Raskin, and David Novak. Deft appeared w/counsel Gerald Zerkin, Anne Chapman, Alan Yamamoto, Ken Troccoli, and Ed MacMahon. Jury returned to continue deliberations. Jury returned w/verdict of Life Imprisonment on Counts 1, 3, and 4. Jurors excused. Sentencing set for 5/4/2006 10:00 AM before District Judge Leonie M. Brinkema. Deft remanded. (Court Reporter Thomson.) [Court's Instructions to Jury for Phase II placed on left side of file attached to 5/3/06 minutes] (kcha, ) (Entered: 05/03/2006) |
| 05/03/2006 | 1853 | TRANSCRIPT (Vol.XXIX) of Jury Trial Proceedings as to Zacarias Moussaoui held on May 3, 2006 before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 05/04/2006) |
| 05/03/2006 | 1852 | JURY VERDICT for Phase II (Redacted - Original in vault) as to Zacarias Moussaoui (kcha, ) (Entered: 05/03/2006) |
| 05/03/2006 | 1851 | TRANSCRIPT (includes previously sealed portions) of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 2:30 Session before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 05/03/2006) |
| 05/03/2006 | 1850 | TRANSCRIPT (includes previously sealed portions) of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 2:00 Session before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 05/03/2006) |
| 05/03/2006 | 1849 | TRANSCRIPT (includes previously sealed portions) of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 10:00 Session before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 05/03/2006) |
| 05/02/2006 |  | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 5/2/2006. Jury returned to continue deliberations. Jury Trial continued for further deliberations to 5/3/2006 08:30 AM before District Judge Leonie M. Brinkema. Deft remanded. (kcha, ) (Entered: 05/02/2006) |

| | | |
|---|---|---|
| | | 4/28/2006. Appearances as previous. Under Seal hearing held outside the presence of the jury. Jury brought in from deliberations and re-instructed on independent research. Jury resumed deliberations. Jury Trial continued for further deliberations to 5/1/2006 08:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson.) (kcha, ) (Entered: 04/30/2006) |
| 04/28/2006 | 1827 | Response by Zacarias Moussaoui to 1820 Order dated 4/25/06 (jwhe) (Entered: 04/28/2006) |
| 04/27/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/27/2006. Appearances as previous. Juror #192 did not appear due to illness so jurors unable to deliberate today. Remaining jurors excused for the day. Jury Trial continued for further deliberations to 4/28/2006 08:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson.) (kcha, ) (Entered: 04/27/2006) |
| 04/26/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/26/2006. Jury returned to continue deliberations. Deft remanded. Jury trial continued for further deliberations to 4/27/2006 08:30 AM before District Judge Leonie M. Brinkema. (kcha, ) (Entered: 04/27/2006) |
| 04/26/2006 | 1826 | TRANSCRIPT of CIPA Hearing as to Zacarias Moussaoui held on April 19, 2006 before Judge Brinkema. Court Reporter: Linnell. [Filed Under Seal with the Court Security Officer] (jwhe) (Entered: 04/27/2006) |
| 04/26/2006 | 1825 | TRANSCRIPT of CIPA Hearing as to Zacarias Moussaoui held on April 18, 2006 before Judge Brinkema. Court Reporter: Linnell. [Filed Under Seal with the Court Security Officer] (jwhe) (Entered: 04/27/2006) |
| 04/25/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/25/2006. Appearances as previous. Jury returned to continue deliberations. Deft remanded. Jury Trial continued for further deliberations to 4/26/2006 08:30 AM before District Judge Leonie M. Brinkema. (Court Reporter Thomson.) (kcha, ) (Entered: 04/26/2006) |
| 04/25/2006 | 1824 | REDACTED TRANSCRIPT (Vol. XVIII) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 12, 2006 before Judge Brinkema. Court Reporter: Brynteson. (jwhe) (Entered: 04/25/2006) |
| 04/25/2006 | 1823 | REDACTED TRANSCRIPT (Vol. XVII-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 11, 2006 1:30 p.m. before Judge Brinkema. Court Reporter: Linnell. (jwhe) (Entered: 04/25/2006) |

| 04/25/2006 | 1822 | REDACTED TRANSCRIPT (Vol. XVII) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 11, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Brynteson. (jwhe) (Entered: 04/25/2006) |
|---|---|---|
| 04/25/2006 | 1821 | TRANSCRIPT (Vol. XVI-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 10, 2006 before Judge Brinkema. Court Reporter: Linnell. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/25/2006) |
| 04/25/2006 | 1820 | ORDER as to Zacarias Moussaoui that counsel apprise the Court within 5 business days of any objection to unsealing the transcripts of the sealed, non-CIPA hearings and bench conferences held during the trial. Signed by Judge Leonie M. Brinkema on 4/25/06. (kcha, ) (Entered: 04/25/2006) |
| 04/24/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/24/2006. Appearances as previous. Closing arguments heard. The Court charged the jury. The 5 alternates were excused. Jury retired to deliberate. Deft's renewed motion to strike death notice - argued and denied. Jury to return 4/25/2006 at 08:30 AM to continue deliberations. Deft remanded. (Court Reporter Thomson/Linnell.) (kcha, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1819 | Special Verdict Form for Phase II (jwhe) (Entered: 04/24/2006) |
| 04/22/2006 | 1815 | ORDER as to Zacarias Moussaoui that the announcement of the jury's decision in open court will be delayed one hour from when the jury notifies the Court that it has reached a decision. (see order for details) Signed by Judge Leonie M. Brinkema on 4/21/06. (kcha, ) (Entered: 04/22/2006) |
| 04/21/2006 | | USCA Case Number 06-4407, case manager Sarah Carmichael for 1803 Notice of Appeal - Interlocutory filed by Kirell Francis Taylor (kcha, ) (Entered: 04/24/2006) |
| 04/21/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/21/2006. Appearances as previous. Deft not present. Under Seal charge conference held. (Court Reporter Thomson.) (kcha, ) (Entered: 04/22/2006) |
| 04/21/2006 | 1818 | NOTICE OF HEARING ON MOTION in case as to Zacarias Moussaoui 1816 MOTION for for Reconsideration of 1770 Order dated 4/7/06: Motion Hearing set for 5/19/2006 10:00 AM before District Judge Leonie M. Brinkema. (jwhe) (Entered: 04/24/2006) |
| 04/21/2006 | 1817 | Memorandum of Law in Support by USA as to Zacarias Moussaoui of 1816 MOTION for Reconsideration of 1770 Order dated 4/7/06. (jwhe) (Entered: 04/24/2006) |

| | | |
|---|---|---|
| 04/21/2006 | 1816 | MOTION for Reconsideration of 1770 Order dated 4/7/06 by USA as to Zacarias Moussaoui. (jwhe) (Entered: 04/24/2006) |
| 04/21/2006 | 1814 | Trial Exhibit Certificate of Review (Phase II) signed off by attorneys for USA, Zacarias Moussaoui (kcha, ) (Entered: 04/22/2006) |
| 04/21/2006 | 1813 | Defendant's Response to 1805 Government's Objections to 1788 Defendant's Proposed Jury Instructions for the Final Phase (jwhe) (Entered: 04/21/2006) |
| 04/21/2006 | 1812 | SEALED List of Mitigating Factors by Zacarias Moussaoui [Filed Under Seal] (jwhe) (Entered: 04/21/2006) |
| 04/20/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/20/2006. Appearances as previous. Defense continued to adduce evidence and rests. Rebuttal witness by govt. Govt exhibits XA-8 (1/5/06 Order), P200344 (12/14/05 Order), and P200348 (11/30/05 Notice of Expert Evidence) are UNSEALED. Jury Trial continued/Closing arguments to be heard on 4/24/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Linnell.) (kcha, ) (Entered: 04/20/2006) |
| 04/20/2006 | 1811 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (jwhe) (Entered: 04/20/2006) |
| 04/19/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/19/2006. Appearances as previous. Defense continued to adduce evidence. CIPA hearing held outside of the presence of the jury. Jury Trial continued to 4/20/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Linnell.) (kcha, ) (Entered: 04/19/2006) |
| 04/18/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II) - Death Penalty Phase as to Zacarias Moussaoui held on 4/18/2006. Appearances as previous. CIPA hearing held outside the presence of the jury before trial resumed. Defense continued to adduce evidence. Jury Trial continued to 4/19/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Linnell.) (kcha, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1810 | SEALED FIFTH AMENDED EXHIBIT LIST for Phase II - Mitigation by Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1809 | Ex Parte and Under Seal List of Mitigating Factors by Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1808 | SEALED AMENDED NOTICE of Non Mental Health Expert by Zacarias |

| 04/10/2006 | 1778 | ORDER as to Zacarias Moussaoui that the relief sought in 1773 SEALED Objections/Response by USA to 1750 Order, and 1776 MOTION to File Under Seal by Victim Objector is GRANTED. The request of both the government and private counsel to maintainthese two pleadings under seal to prevent the disclosure of the family members who object to public availability of the tape is GRANTED. It is hereby ORDERED that Docket #'s 1773 and 1776 be filed and maintained under seal. Signed by Judge Leonie M. Brinkema on 4/10/06. (kcha, ) (Entered: 04/10/2006) |
|---|---|---|
| 04/10/2006 | 1777 | Praecipe by Zacarias Moussaoui for Issuance of Subpoena Ad Testificandum of Richard Reid (kcha, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1776 | MOTION to File Under Seal by Victim Objector as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1775 | SEALED THIRD AMENDED EXHIBIT LIST for Phase II - Mitigation by Zacarias Moussaoui [Filed Under Seal] (stas) (Entered: 04/10/2006) |
| 04/10/2006 | 1774 | SEALED AMENDED NOTICE of Mental Health Expert by Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1773 | SEALED Objections/Response by USA to 1750 Order [Filed Under Seal] (kcha, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1772 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/10/2006) |
| 04/07/2006 |  | Minute Entry for proceedings held before Judge Leonie M. Brinkema : Motion Hearing as to Zacarias Moussaoui held on 4/7/2006 re 1726 MOTION to Intervene for the Limited Purpose of Being Heard, 1728 MOTION for Access to Certain Portions of the Record. US appearances through Rob Spencer and Beth Goldman; Ed MacMahon and Ken Toccoli appeared w/o dft; David Barger for the interveners. Pro-Hac vice motions granted. Motion to intervene argued and granted. Motion as to the disclosure of documents argued and the Court finds that general non-classified discovery to be made available upon the completion of the criminal case. (Court Reporter Thomson.) (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1780 | REDACTED TRANSCRIPT (Vol. XV) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 6, 2006 9:00 a.m. before Judge Brinkema. Court Reporter: Thomson (stas) (Entered: 04/10/2006) |
| 04/07/2006 | 1779 | TRANSCRIPT (Vol. XV) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 6, 2006 9:00 a.m. before Judge Brinkema. Court Reporter: Thomson. (stas) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/10/2006) |

| 04/07/2006 | 1771 | SEALED RENEWED MOTION in Limine by Zacarias Moussaoui Regarding the Government's Victim-Impact Evidence. [Filed Under Seal] (stas) (Entered: 04/07/2006) |
|---|---|---|
| 04/07/2006 | 1770 | For the reasons stated in open court; ORDER as to Zacarias Moussaoui that 1726 MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 be and is GRANTED; and it is further ORDERED that 1728 MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 be and is GRANTED IN PART. Signed by Judge Leonie M. Brinkema on 4/7/06. (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1769 | ORDER for Pro hac vice of Justin Braun Kaplan Filing fee $ 50, receipt number 100 187250. Signed by Judge Leonie M. Brinkema on 4/7/06. Copies mailed; yes (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1768 | ORDER for Pro hac vice of Michael Edward Elsner Filing fee $ 50, receipt number 100 187249. Signed by Judge Leonie M. Brinkema on 4/7/06. Copies mailed; yes (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1767 | ORDER for Pro hac vice of Ronald Lee Motley Filing fee $ 50, receipt number 100 187248. Signed by Judge Leonie M. Brinkema on 4/7/06. Copies mailed; yes (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1766 | TRANSCRIPT of Telephone Conference as to Zacarias Moussaoui held on April 5, 2006 2:35 p.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/07/2006 | 1765 | TRANSCRIPT of Motion Hearing Proceedings as to Zacarias Moussaoui held on April 5, 2006 9:00 a.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/07/2006 | 1764 | REDACTED TRANSCRIPT (Vol.XIV) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 3, 2006 4:00 p.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1763 | TRANSCRIPT (Vol. XIV) of Jury Trial Proceedings as to Zacarias Moussaoui held on April 3, 2006 4:00 p.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/07/2006 | 1762 | REDACTED TRANSCRIPT (Vol.XIII) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 30, 2006 11:27 a.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Entered: 04/07/2006) |

| 04/07/2006 | 1761 | TRANSCRIPT (Vol.XIII) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 30, 2006 11:27 a.m. before Judge Brinkema. Court Reporter: Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
|---|---|---|
| 04/07/2006 | 1760 | REDACTED TRANSCRIPT (Vol.XII) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 29, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1759 | TRANSCRIPT (Vol.XII) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 29, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/07/2006 | 1758 | REDACTED TRANSCRIPT (Vol.XI) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 28, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1757 | TRANSCRIPT (Vol.XI) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 28, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/07/2006 | 1756 | REDACTED TRANSCRIPT (Vol.X) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 27, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Entered: 04/07/2006) |
| 04/07/2006 | 1755 | TRANSCRIPT (Vol.X) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 27, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Brynteson/Thomson. (jwhe) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 04/07/2006) |
| 04/06/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial (Phase II begins) - Death Penalty Phase as to Zacarias Moussaoui held on 4/6/2006. USA appeared through: Rob Spencer, David Novak, and David Raskin. Deft appeared w/counsel Gerald Zerkin, Alan Yamamoto, Anne Chapman, Ken Troccoli, and Ed MacMahon. Opening statements made. Govt adduced evidence. Jury Trial continued to 4/10/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson.)(kcha, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1754 | For the reasons stated on the record during a sealed hearing and follow-up telephone conference held on Tuesday, April 5, 2006; SEALED ORDER as to Zacarias Moussaoui that 1719 SEALED MOTION by Zacarias Moussaoui in Limine Regarding the Government's Selection Phase Evidence be and is |

| | | |
|---|---|---|
| | | Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1746 | RESPONSE by Zacarias Moussaoui to 1733 MOTION in Limine Regarding Defendant's Mitigation Evidence by USA as to Zacarias Moussaoui. (kcha, ) (Unsealed per Order of 6/20/06, Docket #1872) (Entered: 04/04/2006) |
| 04/04/2006 | 1745 | ORDER granting 1736 MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). It is further ORDERED that the document filed under seal will remain under seal. The defendant will file a motion to unseal the document if circumstances permit unsealing. Signed by Judge Leonie M. Brinkema on 4/4/06. (jwhe, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1744 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1743 | OPPOSITION by USA as to Zacarias Moussaoui to 1738 SEALED MOTION by Zacarias Moussaoui for a Hearing [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1742 | SEALED OPPOSITION by USA as to Zacarias Moussaoui to 1719 SEALED MOTION by Zacarias Moussaoui in Limine Regarding the Government's Selection Phase Evidence. [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1741 | Special Verdict Form for Part II by USA as to Zacarias Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1740 | Proposed Jury Instructions for Part Two of the Bifurcated Penalty Phase by USA as to Zacarias Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 4/3/2006. Jury returned to continue deliberations. Jury returned w/verdict finding deft eligible for death penalty. Jurors excused to return 4/6/06 at 9:30 a.m. and alternate jurors to be notified to return as well. Under Seal Hearing set for 4/5/2006 09:00 AM in Courtroom 700 before District Judge Leonie M. Brinkema. Jury Trial continued to 4/6/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson.) (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1739 | JURY VERDICT (Redacted - Original in vault) as to Zacarias Moussaoui as to Counts 1, 3, and 4 (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1738 | SEALED MOTION by Zacarias Moussaoui for a Hearing [Filed Under Seal] (Large Pleading). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1737 | Non-Confidential Memorandum by Zacarias Moussaoui accompanying its |

| | | |
|---|---|---|
| | | 1736 MOTION to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1736 | MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1735 | NOTICE by Zacarias Moussaoui of Filing of Defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1734 | RESPONSE by Zacarias Moussaoui to 1726 MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849,1728 MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849. (jwhe, ) (Entered: 04/03/2006) |
| 04/03/2006 | 1733 | MOTION in Limine Regarding Defendant's Mitigation Evidence by USA as to Zacarias Moussaoui. (jwhe, ) (Unsealed per Order of 6/20/06, Docket #1872) (Entered: 04/03/2006) |
| 04/03/2006 | 1732 | SEALED SUPPLEMENTAL MOTION in Limine Regarding the Government's Selection Phase Evidence [Filed Under Seal] by Zacarias Moussaoui. (jwhe, ) (Entered: 04/03/2006) |
| 03/31/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/31/2006. Jury returned to continue deliberations. Jury Trial continued to 4/3/2006 09:30 AM for further deliberations. (kcha, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1731 | UNDER SEAL and EX PARTE Forensic Report in Response to the 12/14/05 Order (Filed only for the Court's eyes at this time) (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1730 | NOTICE OF HEARING ON MOTION in case as to Zacarias Moussaoui 1728 MOTION for Access to Certain Portions of the Record: Motion Hearing set for 4/7/2006 09:00 AM before District Judge Leonie M. Brinkema. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1729 | Memorandum in Support of 1728 MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1728 | MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1727 | NOTICE OF HEARING ON MOTION in case as to Zacarias Moussaoui: |

| | | |
|---|---|---|
| | | 1726 MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record: Motion Hearing set for 4/7/2006 09:00 AM before District Judge Leonie M. Brinkema. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1726 | MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui. (jwhe, ) (Entered: 03/31/2006) |
| 03/30/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/30/2006. Jury returned to continue deliberations. Deft remanded. Jury Trial continued for further deliberations to 3/31/2006 08:30 AM before District Judge Leonie M. Brinkema. (Court Reporter Thomson.) (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1725 | SEALED Submission of Reports by USA as to Zacarias Moussaoui re: 1416 Sealed Order [Filed Under Seal] (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1724 | MOTION by Kirell Francis Taylor as to Zacarias Moussaoui to Intervene (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1723 | ORDER as to Zacarias Moussaoui that the Clerk docket the pleading by the pro se California prisoner in this file as a Motion to Intervene, and post to the website just the nine page motion. The attachments are too voluminous and irrelevent to this case to justify scanning them into electronic format. The pleading is DISMISSED WITH PREJUDICE. To appeal this decision, the movant must file a written notice of appeal within 10 days. Signed by Judge Leonie M. Brinkema on 3/30/06. (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/29/2006. Appearances as previous. Closing arguments heard. The Court charged the jury. 5 alternates selected and excused until further notice. Jury retired to deliberate. Jury to return 3/30/06 at 8:30 a.m. to continue deliberations. Deft remanded. (Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/29/2006. Hearing held on jury instructions. USA appeared through: Rob Spencer and David Novak. Deft appeared w/counsel Gerald Zerkin, Anne Chapman, and Alan Yamamoto. Deft remanded. (Court Reporter Thomson.) (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1722 | ORDER granting 1717 MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). It is further ORDERED that the document filed under seal will remain under seal until the witnesses and evidence at issue |

| | | |
|---|---|---|
| | | are presented to the jury, atwhich time the pertinent material will automatically be unsealed. Signed by Judge Leonie M. Brinkema on 3/29/06. (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1721 | Special Verdict Form (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/28/2006. Appearances as previous. Defense adduced evidence and rests. Rebuttal witness by govt. Charge conference held. Defense renews motion to strike death notice - denied. Jury Trial continued to 3/29/2006 01:00 PM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | 1720 | Trial Exhibit Certificate of Review signed off by attorneys for USA, Zacarias Moussaoui (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | 1719 | SEALED MOTION by Zacarias Moussaoui in Limine Regarding the Government's Selection Phase Evidence. [Filed Under Seal] (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1718 | Non-Confidential Memorandum by Zacarias Moussaoui accompanying its 1717 MOTION to Seal pursuant to Local Rule 49(E) (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1717 | MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1716 | NOTICE by Zacarias Moussaoui of Filing of Defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1715 | SEALED PROPOSED EXHIBIT LIST by Zacarias Moussaoui [Filed Under Seal] (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1714 | TRANSCRIPT (Vol. IX-A) of Bench Conference as to Zacarias Moussaoui held on March 23, 2006 2:55 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 03/28/2006) |
| 03/28/2006 | 1713 | REDACTED TRANSCRIPT (Vol. IX) of Jury Proceedings as to Zacarias Moussaoui held on March 23, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1712 | TRANSCRIPT (Vol. IX) of Jury Proceedings as to Zacarias Moussaoui held on March 23, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Unsealed per 5/2/06 Order, Docket #1829) (Entered: 03/28/2006) |

| | | |
|---|---|---|
| | | 0035, 01-0041, 01-0043, and 01-0045; and it is further ORDERED that the following jurors report back to the courthouse on 3/6/06: 01-0003, 01-0004, 01-0005, 01-0008, 01-0013, 01-0016, 01-0019, 01-0020, 01-0024, 01-0025, 01-0034, 01-0036, 01-0042, 01-0044, and 01-0046. Signed by Judge Leonie M. Brinkema on 2/15/06. (kcha, ) (Entered: 02/15/2006) |
| 02/15/2006 | 1552 | SEALED Proposed Voir Dire Questions for February 17, 2006 by USA as to Zacarias Moussaoui [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/15/2006 | 1551 | SEALED Proposed Voir Dire Questions for February 16, 2006 by USA as to Zacarias Moussaoui [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/15/2006 | 1550 | SEALED Proposed Voir Dire Questions for February 15, 2006 Afternoon Session by Zacarias Moussaoui [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/15/2006 | 1549 | SEALED Proposed Voir Dire Questions for February 15, 2006 Morning Session by Zacarias Moussaoui [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Public Hearing as to Zacarias Moussaoui held on 2/14/2006. USA appeared through: Rob Spencer, David Novak, and David Raskin. Deft appeared w/counsel Ed MacMahon, Gerald Zerkin, Anne Chapman, Ken Troccoli, and Alan Yamamoto. Deft remanded. (Court Reporter Thomson) (kcha, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1548 | SEALED AMENDED NOTICE by Zacarias Moussaoui of Non Mental Health Expert [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/14/2006 | 1547 | SEALED Reply by Zacarias Moussaoui to 1535 SEALED MOTION by USA for Reciprocal Discovery as to Zacarias Moussaoui [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/14/2006 | 1546 | SEALED MOTION by USA to Amend 1507 UNDER SEAL WITNESS LIST by USA as to Zacarias Moussaoui filed pursuant to 18 U.S.C. Section 3432 [Filed Under Seal]. (stas) (Entered: 02/15/2006) |
| 02/14/2006 | 1544 | SEALED ORDER as to Zacarias Moussaoui. [Filed Under Seal] Signed by Judge Leonie M. Brinkema on 2/14/06. (kcha, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1543 | Government's Response in Opposition to 1520 SEALED MOTION by Zacarias Moussaoui in Limine Regarding Admissibility [Filed Under Seal] (stas) (Entered: 02/14/2006) |
| 02/14/2006 | 1542 | SEALED Proposed Voir Dire Questions for February 15, 2006 by USA as to Zacarias Moussaoui [Filed Under Seal] (stas) (Entered: 02/14/2006) |

| | | |
|---|---|---|
| 02/14/2006 | 1541 | SEALED Fifth Response to Court's Proposed for Cause Strikes and MOTION by USA as to Zacarias Moussaoui to Strike Jurors for Cause [Filed Under Seal]. (stas) (Entered: 02/14/2006) |
| 02/14/2006 | 1540 | SEALED ORDER granting 1536 SEALED MOTION to Amend 1507 Under Seal Witness List filed pursuant to 18 U.S.C. Section 3432, and 1414 Sealed Response to 1401 Defendant's Under Seal Filing by USA as to Zacarias Moussaoui [Filed Under Seal]. Signed by Judge Leonie M. Brinkema on 2/14/06. (kcha, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1539 | ORDER as to Zacarias Moussaoui that none of the exhibits entered into evidence will be made available for public review until the trial proceedings are completed, at which time requests for these materials will be considered. Signed by Judge Leonie M. Brinkema on 2/14/06. (kcha, ) (Entered: 02/14/2006) |
| 02/13/2006 | 1538 | Government's CIPA Section 6 Response to Defendant's Section 5 Designations of CIA OIG Report (U) [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 02/14/2006) |
| 02/13/2006 | 1537 | SEALED SUR-RESPONSE by USA to 1407 Defendant's Supplemental Ex Parte Filing for Access to Additional Detainees [Filed Under Seal with the Court Security Officer] (jwhe, ) (Entered: 02/13/2006) |
| 02/13/2006 | 1536 | SEALED MOTION to Amend 1507 Under Seal Witness List filed pursuant to 18 U.S.C. Section 3432, and 1414 Sealed Response to 1401 Defendant's Under Seal Filing by USA as to Zacarias Moussaoui [Filed Under Seal]. (jwhe, ) (Entered: 02/13/2006) |
| 02/13/2006 | 1535 | SEALED MOTION for Reciprocal Discovery by USA as to Zacarias Moussaoui [Filed Under Seal]. (jwhe, ) (Entered: 02/13/2006) |
| 02/13/2006 | 1534 | SEALED Fourth Response to Court's Proposed for Cause and MOTION by USA as to Zacarias Moussaoui to Strike Jurors for Cause [Filed Under Seal]. (jwhe, ) (Entered: 02/13/2006) |
| 02/12/2006 | 1533 | SEALED Third Response to Court's Proposed for Cause Strikes and MOTION by USA as to Zacarias Moussaoui to Strike Jurors for Cause [Filed Under Seal]. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1532 | PROTECTIVE ORDER Under CIPA Section 4(U) Re: Docket #1523 as to Zacarias Moussaoui [Filed Under Seal with the Court Security Officer]. Signed by Judge Leonie M. Brinkema on 2/10/06. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1531 | TRANSCRIPT of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 (2:30 Session) before Judge Brinkema. Court |

| | | |
|---|---|---|
| | | Reporter: Thomson. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1530 | TRANSCRIPT of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 (2:00 Session) before Judge Brinkema. Court Reporter: Thomson. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1529 | TRANSCRIPT of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 (10:30 Session) before Judge Brinkema. Court Reporter: Linnell. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1528 | TRANSCRIPT of Jury Questionnaire Proceedings as to Zacarias Moussaoui held on February 6, 2006 (10:00 Session) before Judge Brinkema. Court Reporter: Thomson. (jwhe, ) (Entered: 02/13/2006) |
| 02/10/2006 | 1527 | SEALED ORDER denying without prejudice 1519 SEALED MOTION by USA as to Zacarias Moussaoui to Strike Jurors for Cause. [Filed Under Seal] Signed by Judge Leonie M. Brinkema on 2/10/06. (kcha, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1526 | Reply by Zacarias Moussaoui in support of Substitutions for the Live Testimony [Filed Under Seal with the Court Security Officer] (kcha, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1525 | ORDER as to Zacarias Moussaoui that the redacted version of the transcript docket #1464 be made publicly available. Signed by Judge Leonie M. Brinkema on 2/10/06. (jwhe, ) (Entered: 02/10/2006) |
| 02/09/2006 | | SEALED Subpoena Duces Tecum issued and given to USMS for service (jwhe, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1545 | SEALED Response to Court's Second Proposed For-Cause Strikes and MOTION by USA as to Zacarias Moussaoui to Strike Jurors for Cause [Filed Under Seal]. (kcha, ) (Entered: 02/15/2006) |
| 02/09/2006 | 1524 | TRANSCRIPT of CIPA Hearing as to Zacarias Moussaoui held on February 7, 2006 before Judge Brinkema. Court Reporter: Thomson. [Filed Under Seal with the Court Security Officer] (jwhe, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1523 | SUPPLEMENTAL MOTION by USA as to Zacarias Moussaoui for a Protective Order pursuant to Section 4 of the Classified Information Procedures Act (U) [Filed Under Seal with the Court Security Officer]. (kcha, ) (Entered: 02/09/2006) |
| 02/09/2006 | 1522 | Ex Parte and Under Seal ORDER as to Zacarias Moussaoui granting 1517 EX PARTE and UNDER SEAL Application for Subpoena Duces Tecum by Zacarias Moussaoui. [Filed Under Seal] Signed by Judge Leonie M. Brinkema on 2/9/06. (kcha, ) (Entered: 02/09/2006) |