# Exhibit 5

# United States v. Zacarias Moussaoui
## Criminal No. 01-455-A

## Trial Exhibits

The following web pages link to all 1,202 exhibits admitted into evidence during the trial of U.S. v. Moussaoui, with the exception of seven that are classified or otherwise remain under seal. This is the first criminal case for which a federal court has provided access to all exhibits online. The exhibits were posted on July 31, 2006.

Many of these exhibits are extremely large files; to view them, a broadband Internet connection is strongly recommended.

The exhibits are organized first by the party that sought their admission, then by the phase of the trial in which they were introduced, and finally by exhibit number. The exhibits were numbered by the parties before trial and were not necessarily admitted into evidence in numerical order. Phase One of the trial concerned whether the defendant was eligible for the death penalty; Phase Two concerned whether he would be sentenced to death or to life in prison without the possibility of release.

Descriptions of the exhibits are the same as those provided by the parties to the jury in the parties' exhibit indexes. Explanations of certain exhibits noted [in brackets] are provided by the court to the public. Some exhibits include images or sounds which may be disturbing to some individuals. The explanations of these exhibits include the warnings "Viewer discretion is advised" or "Listener discretion is advised."

Some exhibits are copyrighted. The user is solely responsible for identifying the copyright owner and obtaining any necessary permission before using the material. Any unauthorized copying, distribution, adaptation, public performance or public display of copyrighted material may subject the user to civil or criminal sanctions for copyright infringement under the provisions of the copyright laws of the United States.

Please consult the file format notes below if you have problems viewing any of the exhibits.

### Prosecution Trial Exhibits

### Defense Trial Exhibits

---

### File Format Notes

**Documents**

    Whenever possible, documents have been reproduced into PDF format. To view these documents, you must have Adobe Reader software on your computer. To download the free software, click on this link. Some very large documents have been split into multiple parts to improve downloading speed.

When pages were too large or small to scan into PDF format, or were not legible when scanned, each page of the document is reproduced as an image in JPG format. All modern web browsers can display JPG images. Blank pages of documents are not reproduced here.

Some book-length documents, such as flight manuals and catalogs, were admitted to prove the defendant possessed them, not to prove the truth of their contents. For these exhibits, only the covers of the documents are reproduced here.

### Photographs

Photographs are reproduced in JPG format, which all modern web browsers can display. Links to high-resolution versions of each image are included on each photo exhibit web page.

### Objects

Photographs of all objects admitted into evidence are in JPG format, which all modern web browsers can display.

### Video and Audio Tapes

Video and audio tapes may be downloaded to your computer by clicking on the Download link. The tapes are in MPG format, which can be played on most computer video players, such as Windows Media Player (to download the free software, click on this link) and RealPlayer (to download the free software, click on this link).

The downloadable MPG videos are contained within compressed ZIP files, which improve downloading speed. Even though the files are compressed, downloading a video may take more than an hour. To unZIP the videos once they are downloaded, you must have a ZIP program -- such as WinZip -- on your computer. To download a free trial version of WinZip, click on this link.

### Summary Presentations

Several exhibits are summary presentations, which were used by witnesses to describe how exhibits about a particular topic relate to one another. To view these summary presentations, you must have Flash software on your computer. To download the free software, click on this link.

The downloadable Flash files are contained within compressed ZIP files, which improve downloading speed. Even though the files are compressed, downloading a summary presentation may take more than an hour. To unZIP the presentations once they are downloaded, you must have a ZIP program -- such as WinZip -- on your computer. To download a free trial version of WinZip, click on this link.