**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIA KOUTNY, )<br>        Plaintiff, )<br>  vs. )<br>CARLA J. MARTIN, Individually, )<br>        Defendant )<br>_____) | Master Case No.:  1:06 CV 00606-RWR |

THIS DOCUMENT RELATES TO:

EILEEN BERTORELLI-ZANGRILLO,  )
        Plaintiff,  )
  vs.  )
    )
CARLA J. MARTIN, Individually,  )
        Defendant  )
_____)

STEPHEN HOLLAND,  )
        Plaintiff,  )
  vs.  )
    )
CARLA J. MARTIN, Individually,  )
        Defendant  )
_____)

RUTH K. FALKENBURG,  )
       Plaintiff,  )
  vs.  )
    )
CARLA J. MARTIN, Individually,  )
       Defendant  )
_____)

MARY BAVIS,  )
       Plaintiff,  )
  vs.  )
    )
CARLA J. MARTIN, Individually,  )
       Defendant  )
_____)

| | |
|---|---|
| ELIZABETH GAIL HAYDEN,           )<br>          Plaintiff,                              )<br>     vs.                                              )<br>                                                       )<br>CARLA J. MARTIN, Individually,   )<br>          Defendant                            )<br>_____) | |

| | |
|---|---|
| MICHAEL KEATING,                    )<br>          Plaintiff,                              )<br>     vs.                                              )<br>                                                       )<br>CARLA J. MARTIN, Individually,   )<br>          Defendant                            )<br>_____) | |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

For the reasons stated in Plaintiffs Opposition, Defendants Motion to Dismiss is Denied. Plaintiffs request that this Court Deny Defendant's Motion to Dismiss in its entirety. Having considered the Opposition and being otherwise duly advised in the premises, it is hereby

Ordered that the Defendant's Motion in to Dismiss, filed on October 13, 2006, is Denied.

DONE and ORDERED in Chambers, District of Columbia, this October  ,2006.

_____
Richard W. Roberts
United States District Judge

Copies furnished to:
All counsel of record.

2