Exhibit A

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2006 JUN 15 A 10: 23

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Zacarias Moussaoui, | ) | |
|     Defendant, | ) | |
| | ) | Criminal No. 01-455-A |
| v. | ) | |
| | ) | |
| All plaintiffs named in 21 MC 97, | ) | |
| 21 MC 101, and 03 CV 9849, | ) | |
|     Movants-Intervenors. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, respondent to movants-intervenors in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Orders entered April 7, 2006 and May 19, 2006, recorded on the docket of this case as numbers 1770 and 1867, respectively.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: /s/
Larry Lee Gregg
R. Joseph Sher
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700

and  Douglas N. Letter
Terrorism Litigation Counsel
U.S. Department of Justice

Attorneys for the United States

1870

CERTIFICATE OF SERVICE

I hereby certify that a true and correct courtesy copy of the foregoing Notice of Appeal to be sent by United States mail, first class postage fully prepaid, on 150th day of June, 2006, to the following:

Attorneys for Defendant Moussaoui:

Gerald T. Zerking, Esq.
Kenneth P. Troccoli, Esq.
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314

Edward B. McMahon, Jr., Esq.
107 East Washington Street
Middleburg, VA 20117

Alan H. Yamamoto, Esq.
643 South Washington Street
Alexandria, VA 22314

Attorneys for Victim-Intervenors:

Kathleen J.K. Holmes, Esq.
Williams Mullen
8270 Greensboro Suite 700
McLean, VA 22102

Ronald Motley, Esq.
Jodi Westbrook, Esq.
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

Marc S. Moller, Esq.
Brian Alexander, Esq.
Kreindler & Kreindler
100 Park Ave
New York, NY 10017

Liaison Counsel for Property Damage Plaintiffs' Executive Committee
in SDNY Case No. 21 MC 101

Robert Clifford, Esq.
Clifford Law Offices
120 North LaSalle Street
31st Floor
Chicago, IL 60602

Richard A. Williamson, Esq.
Fleming Zulack Williamson Zauderer LLP
1 Liberty Plaza
New York, NY 10006

Counsel for Certain Cross-Claim Plaintiffs

Aviation Defendants' Liaison Counsel in SDNY Case No. 21 MC 97 and 21 MC 1001

Desmond T. Barry, Esq.
7 Times Square
New York, NY 10036

/s/
-----------------------------
Larry Lee Gregg
Assistant United States Attorney