```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| **MARIA KOUTNY, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-598 (RWR) |
| **CARLA J. MARTIN,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [18] be, and hereby is, GRANTED.  The complaint is DISMISSED.

This is a final, appealable order.

SIGNED this 31st day of December, 2007.


```
                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge
```